ᴅAVID P. MASTAGNI, ESQ. (SBN 57721)
DAVID E. MASTAGNI, ESQ. (SBN 204244)
WILL M. YAMADA, ESQ. (SBN 226669)
**MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95814
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiffs

ORIGINAL
FILED

JAN 2 5 2008

SC

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 08        0557

JAMES BATES, acting for himself and
others similarly situated,

                    Plaintiffs,

v.

COUNTY OF SANTA CRUZ,

                    Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No.:

**CONSENT TO BE INCLUDED AS AN
INDIVIDUAL PLAINTIFF [29 USC
216(b)]**

I have been employed by the County of Santa Cruz within the last three years from the date indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E. Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions with respect to the conduct and handling of this case, including the settlement thereof as they deem appropriate and/or necessary.

Dated: 12 - 07 - , 2007

_____
Signature of Individual

SAMI ABDULKRIM
Printed Name of Individual

AGNI, HOLSTEDT, AMICK,
R. JOHNSEN & UHRHAMMER
FESSIONAL CORPORATION
STREET
AMENTO, CALIFORNIA 95814
CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF

*Bates v. County of Santa Cruz*

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  JAMES BATES, acting for himself and          )   Case No.:
    others similarly situated,                   )
12                                               )   **CONSENT TO BE INCLUDED AS AN**
                      Plaintiffs,                )   **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                           )   **216(b)]**
                                                 )
14  COUNTY OF SANTA CRUZ,                        )
                                                 )
15                    Defendant.                 )
                                                 )
16

17      I have been employed by the County of Santa Cruz within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa

19  Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair

20  Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation

21  and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.

22  Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will

23  be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions

24  with respect to the conduct and handling of this case, including the settlement thereof as they deem

25  appropriate and/or necessary.

26  Dated: _____, 200__          _____
27                                        Signature of Individual
28                                        _____
                                          Printed Name of Individual

CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF

*Bates v. County of Santa Cruz*
Northern District of California

DAVID P. MASTAGNI, ESQ. (SBN 57721)
DAVID E. MASTAGNI, ESQ. (SBN 204244)
WILL M. YAMADA, ESQ. (SBN 226669)
**MASTAGNI, HOLSTEDT, AMICK,**
**MILLER, JOHNSEN & UHRHAMMER**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95814
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BATES, acting for himself and others similarly situated, ) ) | Case No.: |
| Plaintiffs, ) ) | **CONSENT TO BE INCLUDED AS AN INDIVIDUAL PLAINTIFF [29 USC 216(b)]** |
| v. ) ) | |
| COUNTY OF SANTA CRUZ, ) ) | |
| Defendant. ) ) | |

I have been employed by the County of Santa Cruz within the last three years from the date indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E. Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions with respect to the conduct and handling of this case, including the settlement thereof as they deem appropriate and/or necessary.

Dated: _____, 200__        _____
                                    Signature of Individual

                                    _____
                                    Printed Name of Individual

CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF

*Bates v. County of Santa Cruz*
Northern District of California

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8              IN THE UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11  JAMES BATES, acting for himself and      )    Case No.:
    others similarly situated,               )
12                                           )    **CONSENT TO BE INCLUDED AS AN**
                   Plaintiffs,               )    **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                       )    **216(b)]**
                                             )
14  COUNTY OF SANTA CRUZ,                    )
                                             )
15                 Defendant.                )
                                             )
16

17      I have been employed by the County of Santa Cruz within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa

    Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair
19
    Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation
20
    and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.
21
    Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will
22
    be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions
23
    with respect to the conduct and handling of this case, including the settlement thereof as they deem
24
    appropriate and/or necessary.
25

26  Dated:_____, 2009              _____
                                           Signature of Individual
27
                                           _____
28                                         Printed Name of Individual

CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF                    *Bates v. County of Santa Cruz*
                                             Northern District of California

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  JAMES BATES, acting for himself and       )   Case No.:
    others similarly situated,                )
12                                            )   **CONSENT TO BE INCLUDED AS AN**
                    Plaintiffs,               )   **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                        )   **216(b)]**
                                              )
14  COUNTY OF SANTA CRUZ,                     )
                                              )
15                  Defendant.                )
                                              )
16
17      I have been employed by the County of Santa Cruz within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa

19  Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair

20  Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation

21  and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.

22  Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will

23  be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions

24  with respect to the conduct and handling of this case, including the settlement thereof as they deem

25  appropriate and/or necessary.

26  Dated: _Nov  28_ , 200_7_          _____
27                                     Signature of Individual

28                                     _JAMES  E. BATES_
                                       Printed Name of Individual

MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER
A PROFESSIONAL CORPORATION
1912 I STREET
SACRAMENTO, CALIFORNIA 95814

CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF

*Bates v. County of Santa Cruz*
Northern District of California

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  JAMES BATES, acting for himself and        )    Case No.:
    others similarly situated,                 )
12                                             )    **CONSENT TO BE INCLUDED AS AN**
                    Plaintiffs,                )    **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                         )    **216(b)]**
                                               )
14  COUNTY OF SANTA CRUZ,                      )
                                               )
15                  Defendant.                 )
                                               )
16  ──────────────────────────────

17        I have been employed by the County of Santa Cruz within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa

19  Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair

20  Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation

21  and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.

22  Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will

23  be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions

24  with respect to the conduct and handling of this case, including the settlement thereof as they deem

25  appropriate and/or necessary.

26  Dated: _____, 200_

27                                          _____
                                            Signature of Individual
28
                                            _____
                                            Printed Name of Individual

CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF

*Bates v. County of Santa Cruz*
Northern District of California

DAVID P. MASTAGNI, ESQ. (SBN 57721)
DAVID E. MASTAGNI, ESQ. (SBN 204244)
WILL M. YAMADA, ESQ. (SBN 226669)
**MASTAGNI, HOLSTEDT, AMICK,**
**MILLER, JOHNSEN & UHRHAMMER**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95814
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES BATES, acting for himself and others similarly situated, | ) ) ) | Case No.: |
| Plaintiffs, | ) ) | **CONSENT TO BE INCLUDED AS AN INDIVIDUAL PLAINTIFF [29 USC 216(b)]** |
| v. | ) ) | |
| COUNTY OF SANTA CRUZ, | ) ) | |
| Defendant. | ) ) ) | |

I have been employed by the County of Santa Cruz within the last three years from the date indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E. Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions with respect to the conduct and handling of this case, including the settlement thereof as they deem appropriate and/or necessary.

Dated: 1/7 , 2008

_____
Signature of Individual

BRIAN BJORKLUND
Printed Name of Individual

CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF

*Bates v. County of Santa Cruz*
Northern District of California

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 JAMES BATES, acting for himself and      )   Case No.:
   others similarly situated,               )
12                                          )   **CONSENT TO BE INCLUDED AS AN**
                    Plaintiffs,             )   **INDIVIDUAL PLAINTIFF [29 USC**
13 v.                                       )   **216(b)]**
                                            )
14 COUNTY OF SANTA CRUZ,                    )
                                            )
15                  Defendant.              )
                                            )

16       I have been employed by the County of Santa Cruz within the last three years from the date

17 indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa

18 Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair

19 Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation

20 and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.

21 Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will

22 be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions

23 with respect to the conduct and handling of this case, including the settlement thereof as they deem

24 appropriate and/or necessary.

25

26 Dated:_____, 200__        _____
27                                     Signature of Individual

28                                     _____
                                       Printed Name of Individual

MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER
PROFESSIONAL CORPORATION
1912 I STREET
SACRAMENTO, CALIFORNIA    CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF

Bates v. County of Santa Cruz
Northern District of California

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  JAMES BATES, acting for himself and        )    Case No.:
    others similarly situated,                 )
12                                             )    **CONSENT TO BE INCLUDED AS AN**
                    Plaintiffs,                )    **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                         )    **216(b)]**
                                              )
14  COUNTY OF SANTA CRUZ,                      )
                                              )
15                  Defendant.                 )
                                              )
16  ─────────────────────────────────

17        I have been employed by the County of Santa Cruz within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa

19  Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair

20  Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation

21  and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.

22  Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will

23  be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions

24  with respect to the conduct and handling of this case, including the settlement thereof as they deem

25  appropriate and/or necessary.

26  Dated:___11-2Y___, 200_7    _____
27                               Signature of Individual

                                 Robert Buchanan
28                               _____
                                 Printed Name of Individual

CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  JAMES BATES, acting for himself and          )   Case No.:
    others similarly situated,                   )
12                                               )   **CONSENT TO BE INCLUDED AS AN**
                    Plaintiffs,                   )   **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                           )   **216(b)]**
                                                 )
14  COUNTY OF SANTA CRUZ,                        )
                                                 )
15                  Defendant.                   )
                                                 )
16  ───────────────────────────────

17          I have been employed by the County of Santa Cruz within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa

19  Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair

20  Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation

    and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.
21
    Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will
22
    be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions
23
    with respect to the conduct and handling of this case, including the settlement thereof as they deem
24
    appropriate and/or necessary.
25

26  Dated: _Nov 19_____, 200_7       _____
                                       Signature of Individual
27
                                       _____
28                                     Printed Name of Individual

CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF                       *Bates v. County of Santa Cruz*
                                                 Northern District of California

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8              IN THE UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  JAMES BATES, acting for himself and        )    Case No.:
    others similarly situated,                 )
12                                             )    **CONSENT TO BE INCLUDED AS AN**
                          Plaintiffs,          )    **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                         )    **216(b)]**
                                               )
14  COUNTY OF SANTA CRUZ,                      )
                                               )
15                        Defendant.           )
                                               )
16  ─────────────────────────────────

17      I have been employed by the County of Santa Cruz within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa

19  Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair

20  Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation

21  and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.

22  Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will

23  be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions

24  with respect to the conduct and handling of this case, including the settlement thereof as they deem

25  appropriate and/or necessary.

26  Dated:  12 / 19 , 200 7          _____
27                                    Signature of Individual
28                                    LETICIA ROSALES-BUIE
                                      _____
                                      Printed Name of Individual

CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF

*Bates v. County of Santa Cruz*
Northern District of California

DAVID P. MASTAGNI. ESQ. (SBN 57721)
DAVID E. MASTAGNI. ESQ. (SBN 204244)
WILL M. YAMADA. ESQ. (SBN 226669)
**MASTAGNI, HOLSTEDT, AMICK,**
**MILLER, JOHNSEN & UHRHAMMER**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95814
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BATES, acting for himself and others similarly situated,<br><br>             Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CRUZ,<br><br>             Defendant. | Case No.:<br><br>**CONSENT TO BE INCLUDED AS AN INDIVIDUAL PLAINTIFF [29 USC 216(b)]** |

I have been employed by the County of Santa Cruz within the last three years from the date indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E. Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions with respect to the conduct and handling of this case, including the settlement thereof as they deem appropriate and/or necessary.

Dated: _12-17_____, 200_7_

_Robert T. Buie_
Signature of Individual

_Robert T. Buie_
Printed Name of Individual

MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER
A PROFESSIONAL CORPORATION
1912 I STREET
SACRAMENTO, CALIFORNIA 95814

CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF

*Bates v. County of Santa Cruz*
Northern District of California

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7
8               IN THE UNITED STATES DISTRICT COURT
9                 NORTHERN DISTRICT OF CALIFORNIA
10
11  JAMES BATES, acting for himself and      )    Case No.:
    others similarly situated,               )
12                                           )    **CONSENT TO BE INCLUDED AS AN**
                         Plaintiffs,         )    **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                       )    **216(b)]**
                                             )
14  COUNTY OF SANTA CRUZ,                    )
                                             )
15                       Defendant.          )
                                             )
16  ────────────────────────────────────
17      I have been employed by the County of Santa Cruz within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa

19  Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair

20  Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation

21  and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.

22  Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will

23  be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions

24  with respect to the conduct and handling of this case, including the settlement thereof as they deem

25  appropriate and/or necessary.

26  Dated: _November 29_, 200_7_        _____Will B_____
27                                       Signature of Individual
28                                       _WILLIAM R. BUNNETT_
                                         Printed Name of Individual

CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF

*Bates v. County of Santa Cruz*
Northern District of California

1  DAVID P. MASTAGNI. ESQ. (SBN 57721)
   DAVID E. MASTAGNI. ESQ. (SBN 204244)
2  WILL M. YAMADA. ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  JAMES BATES, acting for himself and        )    Case No.:
    others similarly situated,                 )
12                                             )    **CONSENT TO BE INCLUDED AS AN**
                      Plaintiffs,              )    **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                         )    **216(b)]**
                                               )
14  COUNTY OF SANTA CRUZ,                      )
                                               )
15                    Defendant.               )
    _____   )
16

17         I have been employed by the County of Santa Cruz within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa

19  Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair

20  Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation

21  and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.

22  Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will

23  be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions

24  with respect to the conduct and handling of this case, including the settlement thereof as they deem

25  appropriate and/or necessary.

26  Dated:_____, 200__          _____
27                                        Signature of Individual

28                                        _STEVE  BURTON_____
                                          Printed Name of Individual

CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 JAMES BATES, acting for himself and      )    Case No.:
   others similarly situated,               )
12                                          )    **CONSENT TO BE INCLUDED AS AN**
                    Plaintiffs,             )    **INDIVIDUAL PLAINTIFF [29 USC**
13 v.                                       )    **216(b)]**
                                            )
14 COUNTY OF SANTA CRUZ,                    )
                                            )
15                  Defendant.              )
                                            )
16 ─────────────────────────────────────

17        I have been employed by the County of Santa Cruz within the last three years from the date

18 indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa

19 Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair

20 Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation

   and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.
21
   Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will
22
   be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions
23
   with respect to the conduct and handling of this case, including the settlement thereof as they deem
24
   appropriate and/or necessary.
25

26 Dated: _Dec. 8_____, 200_7_         _____
27                                      Signature of Individual
28                                      _Gabriel Cervantes_____
                                        Printed Name of Individual

CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF                  *Bates v. County of Santa Cruz*
                                            Northern District of California

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 JAMES BATES, acting for himself and        )   Case No.:
   others similarly situated,                 )
12                                            )   **CONSENT TO BE INCLUDED AS AN**
                  Plaintiffs,                  )   **INDIVIDUAL PLAINTIFF [29 USC**
13 v.                                          )   **216(b)]**
                                              )
14 COUNTY OF SANTA CRUZ,                       )
                                              )
15                Defendant.                   )
                                              )
16 ─────────────────────────────────

17      I have been employed by the County of Santa Cruz within the last three years from the date

18 indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa

19 Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair

20 Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation

21 and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.

22 Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will

23 be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions

24 with respect to the conduct and handling of this case, including the settlement thereof as they deem

25 appropriate and/or necessary.

26 Dated: ﾑ﹍ ﹍ ﹍ ﹍﹍, 200 ﹖          ﹍﹍﹍﹍﹍﹍﹍﹍﹍﹍﹍
27                                  Signature of Individual

28                                  ﹍﹍﹍﹍﹍﹍﹍﹍﹍﹍﹍
                                    Printed Name of Individual

MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER
PROFESSIONAL CORPORATION
1912 I STREET
SACRAMENTO, CALIFORNIA 95814        CONSENT TO BE INCLUDED
                                    AS AN INDIVIDUAL PLAINTIFF          *Bates v. County of Santa Cruz*
                                                                       Northern District of California

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  JAMES BATES, acting for himself and          )    Case No.:
    others similarly situated,                    )
12                                                )    **CONSENT TO BE INCLUDED AS AN**
                        Plaintiffs,               )    **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                            )    **216(b)]**
                                                  )
14  COUNTY OF SANTA CRUZ,                         )
                                                  )
15                      Defendant.                )
                                                  )
16  ─────────────────────────────────────

17      I have been employed by the County of Santa Cruz within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa

19  Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair

20  Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation

    and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.
21
    Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will
22
    be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions
23
    with respect to the conduct and handling of this case, including the settlement thereof as they deem
24
    appropriate and/or necessary.
25

26  Dated: _11/28/07_____, 200 7        _____

27                                       Signature of Individual

28                                       _Brian Cole_____
                                         Printed Name of Individual

CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF

*Bates v. County of Santa Cruz*
Northern District of California

1    DAVID P. MASTAGNI, ESQ. (SBN 57721)
     DAVID E. MASTAGNI, ESQ. (SBN 204244)
2    WILL M. YAMADA, ESQ. (SBN 226669)
     **MASTAGNI, HOLSTEDT, AMICK,**
3    **MILLER, JOHNSEN & UHRHAMMER**
     *A Professional Corporation*
4    1912 "I" Street
     Sacramento, California 95814
5    Telephone: (916) 446-4692
     Facsimile: (916) 447-4614
6

     Attorneys for Plaintiffs
7

8             IN THE UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | JAMES BATES, acting for himself and | ) | Case No.: |
| 12 | others similarly situated, | ) | |
| | | ) | **CONSENT TO BE INCLUDED AS AN** |
| | Plaintiffs, | ) | **INDIVIDUAL PLAINTIFF [29 USC** |
| 13 | v. | ) | **216(b)]** |
| | | ) | |
| 14 | COUNTY OF SANTA CRUZ, | ) | |
| | | ) | |
| 15 | Defendant. | ) | |
| | | ) | |

16

17        I have been employed by the County of Santa Cruz within the last three years from the date

18 indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa

19 Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair

20 Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation

21 and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.

22 Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will

23 be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions

24 with respect to the conduct and handling of this case, including the settlement thereof as they deem

25 appropriate and/or necessary.

26 Dated:_____, 200_

27                            Signature of Individual

28                            Printed Name of Individual

MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER
PROFESSIONAL CORPORATION
1912 I STREET
SACRAMENTO, CALIFORNIA 95814    CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF        *Bates v. County of Santa Cruz*
Northern District of California

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8         IN THE UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10

11  JAMES BATES, acting for himself and          )    Case No.:
    others similarly situated,                   )
12                                               )    **CONSENT TO BE INCLUDED AS AN**
                        Plaintiffs,              )    **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                           )    **216(b)]**
                                                 )
14  COUNTY OF SANTA CRUZ,                        )
                                                 )
15                      Defendant.               )
                                                 )

16
         I have been employed by the County of Santa Cruz within the last three years from the date
17
    indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa
18
    Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair
19
    Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation
20
    and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.
21
    Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will
22
    be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions
23
    with respect to the conduct and handling of this case, including the settlement thereof as they deem
24
    appropriate and/or necessary.
25

26  Dated: __11|29_____, 200_7_         _Sammy Cuevas_____
27                                       Signature of Individual

28                                       _Sammy Cuevas_____
                                         Printed Name of Individual

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 JAMES BATES, acting for himself and      )   Case No.:
   others similarly situated,               )
12                                          )   **CONSENT TO BE INCLUDED AS AN**
                     Plaintiffs,            )   **INDIVIDUAL PLAINTIFF [29 USC**
13 v.                                       )   **216(b)]**
                                            )
14 COUNTY OF SANTA CRUZ,                    )
                                            )
15                   Defendant.             )
                                            )
16 ─────────────────────────────────────

17      I have been employed by the County of Santa Cruz within the last three years from the date

18 indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa

19 Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair

20 Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation

21 and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.

22 Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will

23 be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions

24 with respect to the conduct and handling of this case, including the settlement thereof as they deem

25 appropriate and/or necessary.

26 Dated: _1/28/07_ , 200_7_         _Raymond M Dalb_____
27                                    Signature of Individual

28                                    _RAYMOND  M. DALBESIO_____
                                      Printed Name of Individual

CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF

*Bates v. County of Santa Cruz*
Northern District of California

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 JAMES BATES, acting for himself and      )    Case No.:
   others similarly situated,               )
12                                          )    **CONSENT TO BE INCLUDED AS AN**
                    Plaintiffs,             )    **INDIVIDUAL PLAINTIFF [29 USC**
13 v.                                       )    **216(b)]**
                                            )
14 COUNTY OF SANTA CRUZ,                    )
                                            )
15                  Defendant.              )
                                            )

16
17        I have been employed by the County of Santa Cruz within the last three years from the date

18 indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa

19 Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair

20 Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation

21 and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.

22 Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will

23 be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions

24 with respect to the conduct and handling of this case, including the settlement thereof as they deem

25 appropriate and/or necessary.

26 Dated: _11/29_, 200_7_          _____
                                    Signature of Individual
27
                                    CHRISTOPHER  DAVID
28                                  _____
                                    Printed Name of Individual

MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER
PROFESSIONAL CORPORATION
1912 I STREET
SACRAMENTO, CALIFORNIA 95814        CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF          *Bates v. County of Santa Cruz*
                                    Northern District of California

DAVID P. MASTAGNI. ESQ. (SBN 57721)
DAVID E. MASTAGNI. ESQ. (SBN 204244)
WILL M. YAMADA. ESQ. (SBN 226669)
**MASTAGNI, HOLSTEDT, AMICK,**
**MILLER, JOHNSEN & UHRHAMMER**
*A Professional Corporation*
1912 "I" Street
Sacramento. California 95814
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES BATES. acting for himself and )    Case No.:
others similarly situated,            )
                                      )    **CONSENT TO BE INCLUDED AS AN**
                  Plaintiffs,         )    **INDIVIDUAL PLAINTIFF [29 USC**
v.                                    )    **216(b)]**
                                      )
COUNTY OF SANTA CRUZ.                 )
                                      )
                  Defendant.          )
_____  )

   I have been employed by the County of Santa Cruz within the last three years from the date

indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa

Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair

Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation

and to be awarded damages if any are recovered. I understand that David P. Mastagni. David E.

Mastagni. and Will M. Yamada will be representing me in this action and that this consent form will

be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions

with respect to the conduct and handling of this case. including the settlement thereof as they deem

appropriate and/or necessary.

Dated: /2 - 02   . 200 7          _____
                                   Signature of Individual

                                   ALFONSE  C.  DE LA TORRE
                                   Printed Name of Individual

MASTAGNI. HOLSTEDT. AMICK.
MILLER. JOHNSEN & UHRHAMMER
PROFESSIONAL CORPORATION
I STREET
SACRAMENTO. CALIFORNIA 95814

CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF

*Bates v. County of Santa Cruz*
Northern District of California

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  JAMES BATES, acting for himself and       )    Case No.:
    others similarly situated,                )
12                                            )    **CONSENT TO BE INCLUDED AS AN**
                    Plaintiffs,               )    **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                        )    **216(b)]**
                                              )
14  COUNTY OF SANTA CRUZ,                     )
                                              )
15                  Defendant.                )
                                              )
16  ───────────────────────────────

17       I have been employed by the County of Santa Cruz within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa

19  Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair

20  Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation

21  and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.

22  Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will

23  be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions

24  with respect to the conduct and handling of this case, including the settlement thereof as they deem

    appropriate and/or necessary.
25

26  Dated: 11/29 , 2007

27                                            Signature of Individual

28                                            JAY R. DIZON
                                              Printed Name of Individual

CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF                    *Bates v. County of Santa Cruz*
                                              Northern District of California

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8            IN THE UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11 JAMES BATES, acting for himself and    )    Case No.:
   others similarly situated,             )
12                                         )    **CONSENT TO BE INCLUDED AS AN**
                      Plaintiffs,          )    **INDIVIDUAL PLAINTIFF [29 USC**
13 v.                                      )    **216(b)]**
                                           )
14 COUNTY OF SANTA CRUZ,                   )
                                           )
15                    Defendant.           )
                                           )
16 ──────────────────────────────

17     I have been employed by the County of Santa Cruz within the last three years from the date

   indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa
18
   Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair
19
   Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation
20
   and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.
21
   Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will
22
   be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions
23
   with respect to the conduct and handling of this case, including the settlement thereof as they deem
24
   appropriate and/or necessary.
25

26 Dated: _12-3_____, 200_7_       _Jennifer M. Eichhorn_____
27                                    Signature of Individual

28                                    _Jennifer M. Eichhorn____
                                      Printed Name of Individual

──────────────────────────────────────────────────
MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER
A PROFESSIONAL CORPORATION    CONSENT TO BE INCLUDED          *Bates v. County of Santa Cruz*
1912 I STREET                 AS AN INDIVIDUAL PLAINTIFF       Northern District of California
SACRAMENTO, CALIFORNIA

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  JAMES BATES, acting for himself and      )    Case No.:
    others similarly situated,               )
12                                           )    **CONSENT TO BE INCLUDED AS AN**
                    Plaintiffs,              )    **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                       )    **216(b)]**
                                             )
14  COUNTY OF SANTA CRUZ,                    )
                                             )
15                  Defendant.               )
                                             )

16
          I have been employed by the County of Santa Cruz within the last three years from the date
17
    indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa
18
    Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair
19
    Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation
20
    and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.
21
    Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will
22
    be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions
23
    with respect to the conduct and handling of this case, including the settlement thereof as they deem
24
    appropriate and/or necessary.
25

26  Dated: 11/29/ , 2007

27                                           Signature of Individual

28                                           ROBERT W. EIRIKSSON
                                             Printed Name of Individual

CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF

*Bates v. County of Santa Cruz*
Northern District of California

1 | DAVID P. MASTAGNI, ESQ. (SBN 57721)
2 | DAVID E. MASTAGNI, ESQ. (SBN 204244)
  | WILL M. YAMADA, ESQ. (SBN 226669)
  | **MASTAGNI, HOLSTEDT, AMICK,**
3 | **MILLER, JOHNSEN & UHRHAMMER**
  | *A Professional Corporation*
4 | 1912 "I" Street
  | Sacramento, California 95814
5 | Telephone: (916) 446-4692
  | Facsimile: (916) 447-4614
6 |
  | Attorneys for Plaintiffs
7 |

8 |            IN THE UNITED STATES DISTRICT COURT

9 |               NORTHERN DISTRICT OF CALIFORNIA

10 |

11 | JAMES BATES, acting for himself and          Case No.:
   | others similarly situated,
12 |                                              **CONSENT TO BE INCLUDED AS AN**
   |                  Plaintiffs,                 **INDIVIDUAL PLAINTIFF [29 USC**
13 | v.                                           **216(b)]**
   |
14 | COUNTY OF SANTA CRUZ,
   |
15 |                  Defendant.

16 |

17 |     I have been employed by the County of Santa Cruz within the last three years from the date

18 | indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa

19 | Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair

   | Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation
20 |
   | and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.
21 |
   | Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will
22 |
   | be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions
23 |
   | with respect to the conduct and handling of this case, including the settlement thereof as they deem
24 |
   | appropriate and/or necessary.
25 |

26 | Dated: _12/09/07_, 200~~7~~
27 |                                            _____
   |                                            Signature of Individual
28 |                                            _FRANCISCO  FIGUEROA_
   |                                            Printed Name of Individual

CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF

*Bates v. County of Santa Cruz*
Northern District of California

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  JAMES BATES, acting for himself and        )    Case No.:
    others similarly situated,                 )
12                                             )    **CONSENT TO BE INCLUDED AS AN**
                        Plaintiffs,            )    **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                         )    **216(b)]**
                                               )
14  COUNTY OF SANTA CRUZ,                      )
                                               )
15                      Defendant.             )
                                               )

16

17      I have been employed by the County of Santa Cruz within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa

19  Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair

20  Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation

21  and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.

22  Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will

23  be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions

24  with respect to the conduct and handling of this case, including the settlement thereof as they deem

    appropriate and/or necessary.
25

26  Dated: _11 - 29_ , 200 7      _____
27                                 Signature of Individual

28                                 KEVIN E. FISHER
                                   _____
                                   Printed Name of Individual

CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF
                                              *Bates v. County of Santa Cruz*
                                              Northern District of California

1  DAVID P. MASTAGNI. ESQ. (SBN 57721)
   DAVID E. MASTAGNI. ESQ. (SBN 204244)
2  WILL M. YAMADA. ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento. California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 JAMES BATES. acting for himself and          )    Case No.:
   others similarly situated.                   )
12                                              )    **CONSENT TO BE INCLUDED AS AN**
                     Plaintiffs,                 )    **INDIVIDUAL PLAINTIFF [29 USC**
13 v.                                            )    **216(b)]**
                                                )
14 COUNTY OF SANTA CRUZ.                         )
                                                )
15                   Defendant.                  )
                                                )
16

17     I have been employed by the County of Santa Cruz within the last three years from the date

18 indicated below. and I am generally familiar with the above-captioned litigation. The County of Santa

19 Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair

20 Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation

21 and to be awarded damages if any are recovered. I understand that David P. Mastagni. David E.

22 Mastagni. and Will M. Yamada will be representing me in this action and that this consent form will

23 be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions

24 with respect to the conduct and handling of this case. including the settlement thereof as they deem

25 appropriate and/or necessary.

26 Dated: 11-30    , 200 7          David R Flores
                                    Signature of Individual
27
                                    DAVid R Flores
28                                  Printed Name of Individual

MASTAGNI. HOLSTEDT. AMICK.
MILLER. JOHNSEN & UHRHAMMER
PROFESSIONAL CORPORATION
I STREET
SACRAMENTO. CALIFORNIA

CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF

*Bates v. County of Santa Cruz*
Northern District of California

1 DAVID P. MASTAGNI, ESQ. (SBN 57721)
 DAVID E. MASTAGNI, ESQ. (SBN 204244)
2 WILL M. YAMADA, ESQ. (SBN 226669)
 **MASTAGNI, HOLSTEDT, AMICK,**
3 **MILLER, JOHNSEN & UHRHAMMER**
 *A Professional Corporation*
4 1912 "I" Street
 Sacramento, California 95814
5 Telephone: (916) 446-4692
 Facsimile: (916) 447-4614
6
 Attorneys for Plaintiffs
7

8   IN THE UNITED STATES DISTRICT COURT

9   NORTHERN DISTRICT OF CALIFORNIA

10

11 JAMES BATES, acting for himself and ) Case No.:
 others similarly situated, )
12  ) **CONSENT TO BE INCLUDED AS AN**
  Plaintiffs, ) **INDIVIDUAL PLAINTIFF [29 USC**
13 v. ) **216(b)]**
  )
14 COUNTY OF SANTA CRUZ, )
  )
15  Defendant. )
  )
16

17   I have been employed by the County of Santa Cruz within the last three years from the date

18 indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa

19 Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair

20 Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation

21 and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.

22 Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will

23 be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions

24 with respect to the conduct and handling of this case, including the settlement thereof as they deem

25 appropriate and/or necessary.

26 Dated: 11/29 , 2007     _____
27       Signature of Individual

28       JANIE FLORES
       Printed Name of Individual

CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF

*Bates v. County of Santa Cruz*
Northern District of California

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8              IN THE UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  JAMES BATES, acting for himself and        )   Case No.:
    others similarly situated,                 )
12                                             )   **CONSENT TO BE INCLUDED AS AN**
                        Plaintiffs,            )   **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                         )   **216(b)]**
                                               )
14  COUNTY OF SANTA CRUZ,                      )
                                               )
15                      Defendant.             )
                                               )
16  _____

17       I have been employed by the County of Santa Cruz within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa

19  Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair

20  Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation

    and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.
21
    Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will
22
    be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions
23
    with respect to the conduct and handling of this case, including the settlement thereof as they deem
24
    appropriate and/or necessary.
25

26
    Dated: ____11- 30_____, 200_7_         _____
27                                          Signature of Individual

28                                          __Joseph A. Flores_____
                                            Printed Name of Individual

CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF                  *Bates v. County of Santa Cruz*
                                            Northern District of California

DAVID P. MASTAGNI. ESQ. (SBN 57721)
DAVID E. MASTAGNI. ESQ. (SBN 204244)
WILL M. YAMADA. ESQ. (SBN 226669)
**MASTAGNI, HOLSTEDT, AMICK,**
**MILLER, JOHNSEN & UHRHAMMER**
*A Professional Corporation*
1912 "I" Street
Sacramento. California 95814
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BATES, acting for himself and others similarly situated. ) <br><br> Plaintiffs, ) <br> v. ) <br><br> COUNTY OF SANTA CRUZ, ) <br><br> Defendant. ) | Case No.: <br><br> **CONSENT TO BE INCLUDED AS AN INDIVIDUAL PLAINTIFF [29 USC 216(b)]** |

I have been employed by the County of Santa Cruz within the last three years from the date indicated below. and I am generally familiar with the above-captioned litigation. The County of Santa Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E. Mastagni. and Will M. Yamada will be representing me in this action and that this consent form will be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions with respect to the conduct and handling of this case. including the settlement thereof as they deem appropriate and/or necessary.

Dated: __11/29/__, 2007

_Nicholas D. Flores_
Signature of Individual

_Nicholas D. Flores_
Printed Name of Individual

CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF

*Bates v. County of Santa Cruz*
Northern District of California

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 JAMES BATES, acting for himself and      )   Case No.:
   others similarly situated,               )
12                                          )   **CONSENT TO BE INCLUDED AS AN**
                      Plaintiffs,           )   **INDIVIDUAL PLAINTIFF [29 USC**
13 v.                                       )   **216(b)]**
                                            )
14 COUNTY OF SANTA CRUZ,                    )
                                            )
15                    Defendant.            )
                                            )
16

17         I have been employed by the County of Santa Cruz within the last three years from the date

18 indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa

19 Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair

20 Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation

21 and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.

22 Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will

23 be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions

24 with respect to the conduct and handling of this case, including the settlement thereof as they deem

25 appropriate and/or necessary.

26 Dated: _1-8_____, 200_8_

27                                          _____
                                           Signature of Individual
28                                          _PAULA J. FOX-JAMES_____
                                           Printed Name of Individual

MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER
PROFESSIONAL CORPORATION
1912 I STREET
SACRAMENTO, CALIFORNIA 95814        CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF          Bates v. County of Santa Cruz
                                    Northern District of California

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8              IN THE UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11 JAMES BATES, acting for himself and      )    Case No.:
   others similarly situated,               )
12                                          )    **CONSENT TO BE INCLUDED AS AN**
                   Plaintiffs,              )    **INDIVIDUAL PLAINTIFF [29 USC**
13 v.                                       )    **216(b)]**
                                            )
14 COUNTY OF SANTA CRUZ,                    )
                                            )
15                 Defendant.               )
                                            )

16

17      I have been employed by the County of Santa Cruz within the last three years from the date

18 indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa

19 Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair

20 Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation

21 and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.

22 Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will

23 be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions

24 with respect to the conduct and handling of this case, including the settlement thereof as they deem

25 appropriate and/or necessary.

26 Dated: DECEMBER 21st, 2007

27                                         _____
                                           Signature of Individual
28
                                           Ryan Fulton
                                           _____
                                           Printed Name of Individual

CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF

*Bates v. County of Santa Cruz*
Northern District of California

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  JAMES BATES, acting for himself and      )   Case No.:
    others similarly situated,               )
12                                           )   **CONSENT TO BE INCLUDED AS AN**
                         Plaintiffs,         )   **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                       )   **216(b)]**
                                             )
14  COUNTY OF SANTA CRUZ,                    )
                                             )
15                       Defendant.          )
    _____ )

16
         I have been employed by the County of Santa Cruz within the last three years from the date
17
    indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa
18
    Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair
19
    Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation
20
    and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.
21
    Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will
22
    be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions
23
    with respect to the conduct and handling of this case, including the settlement thereof as they deem
24
    appropriate and/or necessary.
25

26  Dated: _NOV 28_____, 200 7        _____
27                                    Signature of Individual
28                                    _RICHARD D. GALLARDO_____
                                      Printed Name of Individual

_____
MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER
PROFESSIONAL CORPORATION      CONSENT TO BE INCLUDED            Bates v. County of Santa Cruz
1912 I STREET                 AS AN INDIVIDUAL PLAINTIFF        Northern District of California
SACRAMENTO, CALIFORNIA

DAVID P. MASTAGNI, ESQ. (SBN 57721)
DAVID E. MASTAGNI, ESQ. (SBN 204244)
WILL M. YAMADA, ESQ. (SBN 226669)
**MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95814
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES BATES, acting for himself and others similarly situated, | ) ) ) | Case No.: |
| Plaintiffs, | ) ) | **CONSENT TO BE INCLUDED AS AN INDIVIDUAL PLAINTIFF [29 USC 216(b)]** |
| v. | ) ) | |
| COUNTY OF SANTA CRUZ, | ) ) | |
| Defendant. | ) ) ) | |

I have been employed by the County of Santa Cruz within the last three years from the date indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E. Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions with respect to the conduct and handling of this case, including the settlement thereof as they deem appropriate and/or necessary.

Dated: _____, 200__

_____
Signature of Individual

_____
Printed Name of Individual

CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF

*Bates v. County of Santa Cruz*
Northern District of California

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8            IN THE UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11 JAMES BATES, acting for himself and          )    Case No.:
   others similarly situated,                   )
12                                              )    **CONSENT TO BE INCLUDED AS AN**
                    Plaintiffs,                  )    **INDIVIDUAL PLAINTIFF [29 USC**
13 v.                                           )    **216(b)]**
                                                )
14 COUNTY OF SANTA CRUZ,                        )
                                                )
15                  Defendant.                   )
                                                )
16 ────────────────────────────────────────────

17     I have been employed by the County of Santa Cruz within the last three years from the date

18 indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa

19 Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair

20 Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation

21 and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.

22 Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will

23 be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions

24 with respect to the conduct and handling of this case, including the settlement thereof as they deem

25 appropriate and/or necessary.

26 Dated: _____, 200__        _____
27                                       Signature of Individual
28                                       _____
                                         Printed Name of Individual

MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER
912 I STREET
SACRAMENTO, CALIFORNIA 95814

CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF

*Bates v. County of Santa Cruz*
Northern District of California

1    DAVID P. MASTAGNI, ESQ. (SBN 57721)
     DAVID E. MASTAGNI, ESQ. (SBN 204244)
2    WILL M. YAMADA, ESQ. (SBN 226669)
     **MASTAGNI, HOLSTEDT, AMICK,**
3    **MILLER, JOHNSEN & UHRHAMMER**
     *A Professional Corporation*
4    1912 "I" Street
     Sacramento, California 95814
5    Telephone: (916) 446-4692
     Facsimile: (916) 447-4614

6

     Attorneys for Plaintiffs

7

8            IN THE UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11    JAMES BATES, acting for himself and   )    Case No.:
     others similarly situated,            )
12                               )    **CONSENT TO BE INCLUDED AS AN**
               Plaintiffs,        )    **INDIVIDUAL PLAINTIFF [29 USC**
13    v.                           )    **216(b)]**
                              )
14    COUNTY OF SANTA CRUZ,        )
                              )
15                Defendant.       )
     _____)

16

17        I have been employed by the County of Santa Cruz within the last three years from the date

18    indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa

19    Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair

20    Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation

     and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.

21    Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will

22    be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions

23    with respect to the conduct and handling of this case, including the settlement thereof as they deem

24    appropriate and/or necessary.

25

26    Dated: ___12 / 7___, 200_7_        *Marcus Hollis*

27                                    Signature of Individual

28                               *MARCUS HALLUS*
                              Printed Name of Individual

MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER
PROFESSIONAL CORPORATION
1912 I STREET
SACRAMENTO, CALIFORNIA    CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF           *Bates v. County of Santa Cruz*
                                         Northern District of California

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  JAMES BATES, acting for himself and        )    Case No.:
    others similarly situated,                 )
12                                             )    **CONSENT TO BE INCLUDED AS AN**
                       Plaintiffs,             )    **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                         )    **216(b)]**
                                               )
14  COUNTY OF SANTA CRUZ,                      )
                                               )
15                     Defendant.              )
                                               )
16

17         I have been employed by the County of Santa Cruz within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa

19  Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair

20  Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation

    and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.
21
    Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will
22
    be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions
23
    with respect to the conduct and handling of this case, including the settlement thereof as they deem
24
    appropriate and/or necessary.
25

26  Dated:_____, 200__         _____
27                                    Signature of Individual
28                                    _____
                                      Printed Name of Individual

MASTAGNI, HOLSTEDT, AMICK,
HILLER, JOHNSEN & UHRHAMMER
PROFESSIONAL CORPORATION
1912 I STREET
SACRAMENTO, CALIFORNIA 95814

CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF

*Bates v. County of Santa Cruz*
Northern District of California

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 JAMES BATES, acting for himself and      )   Case No.:
   others similarly situated,               )
12                                          )   **CONSENT TO BE INCLUDED AS AN**
                    Plaintiffs,             )   **INDIVIDUAL PLAINTIFF [29 USC**
13 v.                                       )   **216(b)]**
                                            )
14 COUNTY OF SANTA CRUZ,                    )
                                            )
15                  Defendant.              )
                                            )
16 ──────────────────────────────────

17        I have been employed by the County of Santa Cruz within the last three years from the date

18 indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa

19 Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair

20 Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation

21 and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.

22 Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will

23 be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions

24 with respect to the conduct and handling of this case, including the settlement thereof as they deem

25 appropriate and/or necessary.

26 Dated: _O1 C7_ , 200_8_        _Martha P. Hernandez_
27                                 Signature of Individual

28                                 _Martha P. Hernandez_
                                   Printed Name of Individual

CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF

*Bates v. County of Santa Cruz*
Northern District of California

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  JAMES BATES, acting for himself and    )    Case No.:
    others similarly situated,             )
12                                         )    **CONSENT TO BE INCLUDED AS AN**
                    Plaintiffs,            )    **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                     )    **216(b)]**
                                           )
14  COUNTY OF SANTA CRUZ,                  )
                                           )
15                  Defendant.             )
                                           )
16  _____)

17       I have been employed by the County of Santa Cruz within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa

19  Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair

20  Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation

21  and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.

22  Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will

23  be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions

24  with respect to the conduct and handling of this case, including the settlement thereof as they deem

25  appropriate and/or necessary.

26  Dated: _____, 200_

27                                          _____
                                            Signature of Individual
28
                                            _____
                                            Printed Name of Individual

MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER
PROFESSIONAL CORPORATION
1912 I STREET
SACRAMENTO, CALIFORNIA 95814     CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF                    *Bates v. County of Santa Cruz*
                                              Northern District of California

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  JAMES BATES, acting for himself and      )    Case No.:
    others similarly situated,               )
12                                           )    **CONSENT TO BE INCLUDED AS AN**
                     Plaintiffs,             )    **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                       )    **216(b)]**
                                             )
14  COUNTY OF SANTA CRUZ,                    )
                                             )
15                   Defendant.              )
                                             )
16

17       I have been employed by the County of Santa Cruz within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa

19  Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair

20  Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation

21  and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.

22  Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will

23  be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions

24  with respect to the conduct and handling of this case, including the settlement thereof as they deem

25  appropriate and/or necessary.

26  Dated: _DEC. 3ᴬᴹ_, 200⁷        _Roxanne Hunt_
27                                  Signature of Individual

28                                  _ROXANNE HUNT_
                                    Printed Name of Individual

CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF                          *Bates v. County of Santa Cruz*
                                                    Northern District of California

DAVID P. MASTAGNI, ESQ. (SBN 57721)
DAVID E. MASTAGNI, ESQ. (SBN 204244)
WILL M. YAMADA, ESQ. (SBN 226669)
**MASTAGNI, HOLSTEDT, AMICK,**
**MILLER, JOHNSEN & UHRHAMMER**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95814
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BATES, acting for himself and others similarly situated, | Case No.: |
| Plaintiffs, | **CONSENT TO BE INCLUDED AS AN INDIVIDUAL PLAINTIFF [29 USC 216(b)]** |
| v. | |
| COUNTY OF SANTA CRUZ, | |
| Defendant. | |

I have been employed by the County of Santa Cruz within the last three years from the date indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E. Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions with respect to the conduct and handling of this case, including the settlement thereof as they deem appropriate and/or necessary.

Dated  11/30      2007

Signature of Individual

STEPHEN A JAQUEZ JR
Printed Name of Individual

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  JAMES BATES, acting for himself and      )    Case No.:
    others similarly situated,               )
12                                           )    **CONSENT TO BE INCLUDED AS AN**
                         Plaintiffs,         )    **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                       )    **216(b)]**
                                             )
14  COUNTY OF SANTA CRUZ,                    )
                                             )
15                       Defendant.          )
                                             )
16  ─────────────────────────────────

17         I have been employed by the County of Santa Cruz within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa

19  Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair

20  Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation

21  and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.

22  Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will

23  be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions

24  with respect to the conduct and handling of this case, including the settlement thereof as they deem

25  appropriate and/or necessary.

26  Dated: DEC. 6 , 200 7            _____
27                                    Signature of Individual
28                                    NICOLA  JONES
                                      Printed Name of Individual

MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER
PROFESSIONAL CORPORATION    CONSENT TO BE INCLUDED              *Bates v. County of Santa Cruz*
1912 I STREET               AS AN INDIVIDUAL PLAINTIFF          Northern District of California
SACRAMENTO, CALIFORNIA

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 JAMES BATES, acting for himself and      )    Case No.:
   others similarly situated,               )
12                                          )    **CONSENT TO BE INCLUDED AS AN**
                    Plaintiffs,             )    **INDIVIDUAL PLAINTIFF [29 USC**
13 v.                                       )    **216(b)]**
                                            )
14 COUNTY OF SANTA CRUZ,                    )
                                            )
15                  Defendant.              )
                                            )

16

17        I have been employed by the County of Santa Cruz within the last three years from the date

18 indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa

19 Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair

20 Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation

21 and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.

22 Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will

23 be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions

24 with respect to the conduct and handling of this case, including the settlement thereof as they deem

   appropriate and/or necessary.
25

26 Dated: _____, 200_

27                                          _____
                                           Signature of Individual
28
                                           _____
                                           Printed Name of Individual

MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER
PROFESSIONAL CORPORATION
1912 I STREET
SACRAMENTO, CALIFORNIA 95814

CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF

*Bates v. County of Santa Cruz*
Northern District of California

1  DAVID P. MASTAGNI. ESQ. (SBN 57721)
   DAVID E. MASTAGNI. ESQ. (SBN 204244)
2  WILL M. YAMADA. ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento. California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8                  IN THE UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  JAMES BATES. acting for himself and      )      Case No.:
    others similarly situated.                )
12                                            )      **CONSENT TO BE INCLUDED AS AN**
                                              )      **INDIVIDUAL PLAINTIFF [29 USC**
13              Plaintiffs.                    )      **216(b)]**
    v.                                        )
14                                            )
    COUNTY OF SANTA CRUZ.                     )
15                                            )
                Defendant.                    )
16                                            )

        I have been employed by the County of Santa Cruz within the last three years from the date

17  indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa

18  Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair

19  Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation

20  and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.

21  Mastagni. and Will M. Yamada will be representing me in this action and that this consent form will

22  be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions

23  with respect to the conduct and handling of this case, including the settlement thereof as they deem

24  appropriate and/or necessary.

25

26  Dated: _____ _____ . 200_7_      _____
27                                      Signature of Individual
28                                      _____
                                        Printed Name of Individual

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8            IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  JAMES BATES, acting for himself and          )    Case No.:
    others similarly situated,                    )
12                                                 )    **CONSENT TO BE INCLUDED AS AN**
                        Plaintiffs,               )    **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                            )    **216(b)]**
                                                   )
14  COUNTY OF SANTA CRUZ,                         )
                                                   )
15                      Defendant.                )
                                                   )
16  ─────────────────────────────────────

17       I have been employed by the County of Santa Cruz within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa

19  Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair

20  Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation

21  and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.

22  Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will

23  be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions

24  with respect to the conduct and handling of this case, including the settlement thereof as they deem

25  appropriate and/or necessary.

26  Dated: 11-25      , 2007

27  _____
                                          Signature of Individual
28
    MICHAEL LAMBERT
    _____
    Printed Name of Individual

CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF

*Bates v. County of Santa Cruz*
Northern District of California

1   DAVID P. MASTAGNI, ESQ. (SBN 57721)
    DAVID E. MASTAGNI, ESQ. (SBN 204244)
2   WILL M. YAMADA, ESQ. (SBN 226669)
    **MASTAGNI, HOLSTEDT, AMICK,**
3   **MILLER, JOHNSEN & UHRHAMMER**
    *A Professional Corporation*
4   1912 "I" Street
    Sacramento, California 95814
5   Telephone: (916) 446-4692
    Facsimile: (916) 447-4614
6
    Attorneys for Plaintiffs
7

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  JAMES BATES, acting for himself and      )    Case No.:
    others similarly situated,               )
12                                           )    **CONSENT TO BE INCLUDED AS AN**
                        Plaintiffs,          )    **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                       )    **216(b)]**
                                             )
14  COUNTY OF SANTA CRUZ,                    )
                                             )
15                      Defendant.           )
                                             )
16

17       I have been employed by the County of Santa Cruz within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa

19  Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair

20  Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation

21  and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.

22  Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will

23  be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions

24  with respect to the conduct and handling of this case, including the settlement thereof as they deem

25  appropriate and/or necessary.

26  Dated: _____, 200__        _____
27                                   Signature of Individual
28                                   _____
                                     Printed Name of Individual

MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER
A PROFESSIONAL CORPORATION
1912 I STREET
SACRAMENTO, CALIFORNIA 95814    CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF                    *Bates v. County of Santa Cruz*
                                              Northern District of California

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 JAMES BATES, acting for himself and       )   Case No.:
   others similarly situated,                )
12                                           )   **CONSENT TO BE INCLUDED AS AN**
                  Plaintiffs,                )   **INDIVIDUAL PLAINTIFF [29 USC**
13 v.                                        )   **216(b)]**
                                             )
14 COUNTY OF SANTA CRUZ,                     )
                                             )
15                Defendant.                 )
                                             )
16

17     I have been employed by the County of Santa Cruz within the last three years from the date

18 indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa

19 Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair

20 Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation

21 and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.

22 Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will

23 be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions

24 with respect to the conduct and handling of this case, including the settlement thereof as they deem

25 appropriate and/or necessary.

26 Dated:_____, 200___        _____
27                                       Signature of Individual

28                                       _____
                                         Printed Name of Individual

MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER
PROFESSIONAL CORPORATION
1912 I STREET
SACRAMENTO, CALIFORNIA
CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF

*Bates v. County of Santa Cruz*
Northern District of California

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  JAMES BATES, acting for himself and      )    Case No.:
    others similarly situated,               )
12                                           )    **CONSENT TO BE INCLUDED AS AN**
                      Plaintiffs,            )    **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                       )    **216(b)]**
                                             )
14  COUNTY OF SANTA CRUZ,                    )
                                             )
15                    Defendant.             )
                                             )
16  ─────────────────────────────────────────

17        I have been employed by the County of Santa Cruz within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa

19  Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair

20  Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation

21  and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.

22  Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will

23  be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions

24  with respect to the conduct and handling of this case, including the settlement thereof as they deem

25  appropriate and/or necessary.

26  Dated: __11/29__, 200_7_        _____
27                                   Signature of Individual
28                                   __Nicole Lustig__
                                     Printed Name of Individual

CONSENT TO BE INCLUDED
                                     AS AN INDIVIDUAL PLAINTIFF        *Bates v. County of Santa Cruz*
                                                                      Northern District of California

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 JAMES BATES, acting for himself and          )   Case No.:
   others similarly situated,                    )
12                                                )   **CONSENT TO BE INCLUDED AS AN**
                         Plaintiffs,              )   **INDIVIDUAL PLAINTIFF [29 USC**
13 v.                                             )   **216(b)]**
                                                  )
14 COUNTY OF SANTA CRUZ,                          )
                                                  )
15                       Defendant.               )
                                                  )

16
17       I have been employed by the County of Santa Cruz within the last three years from the date

18 indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa

   Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair
19
   Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation
20
   and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.
21
   Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will
22
   be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions
23
   with respect to the conduct and handling of this case, including the settlement thereof as they deem
24
   appropriate and/or necessary.
25

26 Dated: _11 - 28_____, 200_7_      _Hartine Leonel_____
27                                    Signature of Individual

28                                    _Leonel Martine_____
                                     Printed Name of Individual

MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER
PROFESSIONAL CORPORATION
1912 I STREET
SACRAMENTO, CALIFORNIA 95814

CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF

*Bates v. County of Santa Cruz*
Northern District of California

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  JAMES BATES, acting for himself and        )    Case No.:
    others similarly situated,                 )
12                                             )    **CONSENT TO BE INCLUDED AS AN**
                            Plaintiffs,        )    **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                          )    **216(b)]**
                                               )
14  COUNTY OF SANTA CRUZ,                       )
                                               )
15                          Defendant.         )
                                               )
16  ─────────────────────────────────────────

17      I have been employed by the County of Santa Cruz within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa

19  Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair

20  Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation

21  and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.

22  Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will

23  be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions

24  with respect to the conduct and handling of this case, including the settlement thereof as they deem

25  appropriate and/or necessary.

26  Dated: _____, 200_7        _____
                                          Signature of Individual
27
                                          _____
28                                        Printed Name of Individual

CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF              *Bates v. County of Santa Cruz*
                                        Northern District of California

1 | DAVID P. MASTAGNI, ESQ. (SBN 57721)
DAVID E. MASTAGNI, ESQ. (SBN 204244)
2 | WILL M. YAMADA, ESQ. (SBN 226669)
**MASTAGNI, HOLSTEDT, AMICK,**
3 | **MILLER, JOHNSEN & UHRHAMMER**
*A Professional Corporation*
4 | 1912 "I" Street
Sacramento, California 95814
5 | Telephone: (916) 446-4692
Facsimile: (916) 447-4614
6 |
Attorneys for Plaintiffs
7 |

8 | IN THE UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 |

11 | JAMES BATES, acting for himself and    )    Case No.:
others similarly situated,                      )
12 |                                              )    **CONSENT TO BE INCLUDED AS AN**
                Plaintiffs,                       )    **INDIVIDUAL PLAINTIFF [29 USC**
13 | v.                                          )    **216(b)]**
                                                 )
14 | COUNTY OF SANTA CRUZ,                        )
                                                 )
15 |                Defendant.                    )
                                                 )
16 |

        I have been employed by the County of Santa Cruz within the last three years from the date

17 | indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa

18 | Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair

19 | Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation

20 | and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.

21 | Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will

22 | be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions

23 | with respect to the conduct and handling of this case, including the settlement thereof as they deem

24 | appropriate and/or necessary.

25 |

26 | Dated: DECEMBER 6th, 2007

27 |                                              Signature of Individual

28 |                                              NOVA MALLOW
                                                 Printed Name of Individual

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  JAMES BATES, acting for himself and        )   Case No.:
    others similarly situated,                 )
12                                             )   **CONSENT TO BE INCLUDED AS AN**
                  Plaintiffs,                   )   **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                          )   **216(b)]**
                                               )
14  COUNTY OF SANTA CRUZ,                       )
                                               )
15                Defendant.                    )
    _____        )

16
         I have been employed by the County of Santa Cruz within the last three years from the date
17
    indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa
18
    Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair
19
    Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation
20
    and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.
21
    Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will
22
    be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions
23
    with respect to the conduct and handling of this case, including the settlement thereof as they deem
24
    appropriate and/or necessary.
25

26
    Dated: DECEMBER 6, 2007        _____
27                                          Signature of Individual

28                                  FERDINAND C. MONTEJO
                                    Printed Name of Individual

DAVID P. MASTAGNI, ESQ. (SBN 57721)
DAVID E. MASTAGNI, ESQ. (SBN 204244)
WILL M. YAMADA, ESQ. (SBN 226669)
**MASTAGNI, HOLSTEDT, AMICK,**
**MILLER, JOHNSEN & UHRHAMMER**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95814
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BATES, acting for himself and others similarly situated, | Case No.: |
| Plaintiffs, | **CONSENT TO BE INCLUDED AS AN INDIVIDUAL PLAINTIFF [29 USC 216(b)]** |
| v. | |
| COUNTY OF SANTA CRUZ, | |
| Defendant. | |

   I have been employed by the County of Santa Cruz within the last three years from the date indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E. Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions with respect to the conduct and handling of this case, including the settlement thereof as they deem appropriate and/or necessary.

Dated: 12/1/07 , 2007

_____
Signature of Individual

_____
Printed Name of Individual

CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF

*Bates v. County of Santa Cruz*
Northern District of California

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  JAMES BATES, acting for himself and        )    Case No.:
    others similarly situated,                 )
12                                             )    **CONSENT TO BE INCLUDED AS AN**
                     Plaintiffs,               )    **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                         )    **216(b)]**
                                               )
14  COUNTY OF SANTA CRUZ,                      )
                                               )
15                   Defendant.                )
                                               )
16

17      I have been employed by the County of Santa Cruz within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa

19  Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair

20  Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation

21  and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.

22  Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will

23  be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions

24  with respect to the conduct and handling of this case, including the settlement thereof as they deem

25  appropriate and/or necessary.

26  Dated: _Dec . 9TH_ , 200__          _____
27                                       Signature of Individual
28                                       _Jason Morgan_
                                         Printed Name of Individual

MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER
PROFESSIONAL CORPORATION
1912 I STREET
SACRAMENTO, CALIFORNIA 95814          CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF

*Bates v. County of Santa Cruz*
Northern District of California

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8            IN THE UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11  JAMES BATES, acting for himself and        )    Case No.:
    others similarly situated,                 )
12                                             )    **CONSENT TO BE INCLUDED AS AN**
                       Plaintiffs,             )    **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                         )    **216(b)]**
                                               )
14  COUNTY OF SANTA CRUZ,                      )
                                               )
15                     Defendant.              )
                                               )
16 _____

17        I have been employed by the County of Santa Cruz within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa

19  Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair

20  Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation

21  and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.

22  Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will

23  be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions

24  with respect to the conduct and handling of this case, including the settlement thereof as they deem

25  appropriate and/or necessary.

26  Dated: 11 - 26 - , 2007        _____
                                    Signature of Individual
27
                                    _____
28                                  Derek Nakamoto
                                    Printed Name of Individual

MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER
PROFESSIONAL CORPORATION
1912 I STREET
SACRAMENTO, CALIFORNIA 95814

CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF

*Bates v. County of Santa Cruz*
Northern District of California

1 DAVID P. MASTAGNI, ESQ. (SBN 57721)
DAVID E. MASTAGNI, ESQ. (SBN 204244)
2 WILL M. YAMADA, ESQ. (SBN 226669)
**MASTAGNI, HOLSTEDT, AMICK,**
3 **MILLER, JOHNSEN & UHRHAMMER**
*A Professional Corporation*
4 1912 "I" Street
Sacramento, California 95814
5 Telephone: (916) 446-4692
Facsimile: (916) 447-4614
6
Attorneys for Plaintiffs
7

8                      IN THE UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11 | JAMES BATES, acting for himself and       )   Case No.:
   | others similarly situated,                 )
12 |                                            )   **CONSENT TO BE INCLUDED AS AN**
   |                 Plaintiffs,                 )   **INDIVIDUAL PLAINTIFF [29 USC**
13 | v.                                          )   **216(b)]**
   |                                            )
14 | COUNTY OF SANTA CRUZ,                       )
   |                                            )
15 |                 Defendant.                  )
   |                                            )

16

17       I have been employed by the County of Santa Cruz within the last three years from the date

18 indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa

19 Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair

20 Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation

21 and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.

22 Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will

23 be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions

24 with respect to the conduct and handling of this case, including the settlement thereof as they deem

25 appropriate and/or necessary.

26 Dated:_____, 200_

27                                             _____
                                              Signature of Individual

28                                             _____
                                              Printed Name of Individual

CONSENT TO BE INCLUDED
                              AS AN INDIVIDUAL PLAINTIFF                *Bates v. County of Santa Cruz*
                                                                       Northern District of California

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  JAMES BATES, acting for himself and        )    Case No.:
    others similarly situated,                 )
12                                             )    **CONSENT TO BE INCLUDED AS AN**
                      Plaintiffs,              )    **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                         )    **216(b)]**
                                               )
14  COUNTY OF SANTA CRUZ,                      )
                                               )
15                    Defendant.               )
                                               )
16  ─────────────────────────────────────

17        I have been employed by the County of Santa Cruz within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa

19  Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair

20  Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation

21  and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.

22  Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will

23  be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions

24  with respect to the conduct and handling of this case, including the settlement thereof as they deem

25  appropriate and/or necessary.

26
    Dated: _____ 10 __ 2007        _____
27                                 Signature of Individual

28                                 _____
                                   Printed Name of Individual

CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF

*Bates v. County of Santa Cruz*

1   DAVID P. MASTAGNI, ESQ. (SBN 57721)
    DAVID E. MASTAGNI, ESQ. (SBN 204244)
2   WILL M. YAMADA, ESQ. (SBN 226669)
    **MASTAGNI, HOLSTEDT, AMICK,**
3   **MILLER, JOHNSEN & UHRHAMMER**
    *A Professional Corporation*
4   1912 "I" Street
    Sacramento, California 95814
5   Telephone: (916) 446-4692
    Facsimile: (916) 447-4614
6
    Attorneys for Plaintiffs
7

8               IN THE UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11   JAMES BATES, acting for himself and      )   Case No.:
     others similarly situated,               )
12                                            )   **CONSENT TO BE INCLUDED AS AN**
                    Plaintiffs,               )   **INDIVIDUAL PLAINTIFF [29 USC**
13   v.                                       )   **216(b)]**
                                              )
14   COUNTY OF SANTA CRUZ,                    )
                                              )
15                  Defendant.                )
                                              )
16   ────────────────────────────────

17       I have been employed by the County of Santa Cruz within the last three years from the date

18   indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa

19   Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair

20   Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation

21   and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.

22   Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will

23   be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions

24   with respect to the conduct and handling of this case, including the settlement thereof as they deem

25   appropriate and/or necessary.

26   Dated: 11/28 , 2007        _____
27                              Signature of Individual

28                              XAVIER ROBLES
                                Printed Name of Individual

CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF

*Bates v. County of Santa Cruz*
Northern District of California

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  JAMES BATES, acting for himself and       )    Case No.:
    others similarly situated,                )
12                                            )    **CONSENT TO BE INCLUDED AS AN**
                     Plaintiffs,              )    **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                        )    **216(b)]**
                                              )
14  COUNTY OF SANTA CRUZ,                     )
                                              )
15                   Defendant.               )
                                              )

16
        I have been employed by the County of Santa Cruz within the last three years from the date
17
    indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa
18
    Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair
19
    Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation
20
    and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.
21
    Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will
22
    be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions
23
    with respect to the conduct and handling of this case, including the settlement thereof as they deem
24
    appropriate and/or necessary.
25

26  Dated:_____, 200_              _____
27                                        Signature of Individual

28                                        _____
                                          Printed Name of Individual

CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF          *Bates v. County of Santa Cruz*
                                    Northern District of California



1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7
8              IN THE UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10
11 JAMES BATES, acting for himself and          )   Case No.:
   others similarly situated,                   )
12                                              )   **CONSENT TO BE INCLUDED AS AN**
                    Plaintiffs,                 )   **INDIVIDUAL PLAINTIFF [29 USC**
13 v.                                           )   **216(b)]**
                                                )
14 COUNTY OF SANTA CRUZ,                        )
                                                )
15                  Defendant.                  )
                                                )
16         I have been employed by the County of Santa Cruz within the last three years from the date

17 indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa

18 Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair

19 Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation

20 and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.

21 Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will

22 be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions

23 with respect to the conduct and handling of this case, including the settlement thereof as they deem

24 appropriate and/or necessary.

25

26 Dated: 12/12      , 200 7         _____
                                     Signature of Individual
27
                                     Minerva Rodriguez
28                                   Printed Name of Individual

DAVID P. MASTAGNI, ESQ. (SBN 57721)
DAVID E. MASTAGNI, ESQ. (SBN 204244)
WILL M. YAMADA, ESQ. (SBN 226669)
**MASTAGNI, HOLSTEDT, AMICK,**
**MILLER, JOHNSEN & UHRHAMMER**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95814
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES BATES, acting for himself and
others similarly situated,

          Plaintiffs,

v.

COUNTY OF SANTA CRUZ,

          Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

Case No.:

**CONSENT TO BE INCLUDED AS AN**
**INDIVIDUAL PLAINTIFF [29 USC**
**216(b)]**

    I have been employed by the County of Santa Cruz within the last three years from the date indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E. Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions with respect to the conduct and handling of this case, including the settlement thereof as they deem appropriate and/or necessary.

Dated: 12-2-07 , 2007

_____
Signature of Individual

ERIC ROLAND
_____
Printed Name of Individual

MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER
A PROFESSIONAL CORPORATION
"I" STREET
SACRAMENTO, CALIFORNIA

CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF

Bates v. County of Santa Cruz
Northern District of California

1 | DAVID P. MASTAGNI, ESQ. (SBN 57721)
2 | DAVID E. MASTAGNI, ESQ. (SBN 204244)
WILL M. YAMADA, ESQ. (SBN 226669)
3 | **MASTAGNI, HOLSTEDT, AMICK,**
**MILLER, JOHNSEN & UHRHAMMER**
*A Professional Corporation*
4 | 1912 "I" Street
Sacramento, California 95814
5 | Telephone: (916) 446-4692
Facsimile: (916) 447-4614
6
7 | Attorneys for Plaintiffs

8 | IN THE UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10

11 | JAMES BATES, acting for himself and          )    Case No.:
others similarly situated,                    )
12 |                                              )    **CONSENT TO BE INCLUDED AS AN**
                 Plaintiffs,                   )    **INDIVIDUAL PLAINTIFF [29 USC**
13 | v.                                           )    **216(b)]**
                                               )
14 | COUNTY OF SANTA CRUZ,                        )
                                               )
15 |                 Defendant.                   )
                                               )
16

17 |       I have been employed by the County of Santa Cruz within the last three years from the date

18 | indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa

19 | Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair

20 | Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation

21 | and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.

22 | Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will

23 | be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions

24 | with respect to the conduct and handling of this case, including the settlement thereof as they deem

appropriate and/or necessary.

25

26 | Dated: _____ _____, 200_

27 |                                                   Signature of Individual

28 |                                                   Printed Name of Individual

MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER
PROFESSIONAL CORPORATION
1912 I STREET
SACRAMENTO, CALIFORNIA

CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF

*Bates v. County of Santa Cruz*
Northern District of California

1   DAVID P. MASTAGNI, ESQ. (SBN 57721)
    DAVID E. MASTAGNI, ESQ. (SBN 204244)
2   WILL M. YAMADA, ESQ. (SBN 226669)
    **MASTAGNI, HOLSTEDT, AMICK,**
3   **MILLER, JOHNSEN & UHRHAMMER**
    *A Professional Corporation*
4   1912 "I" Street
    Sacramento, California 95814
5   Telephone: (916) 446-4692
    Facsimile: (916) 447-4614
6
    Attorneys for Plaintiffs
7

8              IN THE UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11  JAMES BATES, acting for himself and      )    Case No.:
    others similarly situated,                )
12                                            )    **CONSENT TO BE INCLUDED AS AN**
                         Plaintiffs,          )    **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                        )    **216(b)]**
                                              )
14  COUNTY OF SANTA CRUZ,                     )
                                              )
15                       Defendant.           )
                                              )

16

17      I have been employed by the County of Santa Cruz within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa

19  Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair

20  Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation

21  and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.

22  Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will

23  be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions

24  with respect to the conduct and handling of this case, including the settlement thereof as they deem

25  appropriate and/or necessary.

26
    Dated: _____, 200_       _____
27                                 Signature of Individual

28                                 _____
                                   Printed Name of Individual

MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER
PROFESSIONAL CORPORATION
1912 I STREET
SACRAMENTO, CALIFORNIA 95814

CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF

*Bates v. County of Santa Cruz*
Northern District of California

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA. ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento. California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8            IN THE UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11  JAMES BATES, acting for himself and      )    Case No.:
    others similarly situated,               )
12                                           )    **CONSENT TO BE INCLUDED AS AN**
                       Plaintiffs,           )    **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                       )    **216(b)]**
                                             )
14  COUNTY OF SANTA CRUZ,                     )
                                             )
15                     Defendant.            )
                                             )

16

17      I have been employed by the County of Santa Cruz within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa

19  Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair

20  Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation

21  and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.

22  Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will

23  be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions

24  with respect to the conduct and handling of this case, including the settlement thereof as they deem

    appropriate and/or necessary.
25

26  Dated: \ \ · 3 \bigcirc _____, 200 \rlap{\phantom{1}}4

27                                        _____
                                          Signature of Individual
28                                        _____
                                          Printed Name of Individual

MASTAGNI. HOLSTEDT. AMICK,
MILLER, JOHNSEN & UHRHAMMER
PROFESSIONAL CORPORATION
121 STREET
SACRAMENTO. CALIFORNIA 95814    CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF

*Bates v. County of Santa Cruz*
Northern District of California

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 JAMES BATES, acting for himself and        )    Case No.:
   others similarly situated,                 )
12                                            )    **CONSENT TO BE INCLUDED AS AN**
                    Plaintiffs,               )    **INDIVIDUAL PLAINTIFF [29 USC**
13 v.                                         )    **216(b)]**
                                             )
14 COUNTY OF SANTA CRUZ,                      )
                                             )
15                  Defendant.                )
                                             )

16

17         I have been employed by the County of Santa Cruz within the last three years from the date

18 indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa

19 Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair

20 Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation

21 and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.

22 Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will

23 be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions

24 with respect to the conduct and handling of this case, including the settlement thereof as they deem

25 appropriate and/or necessary.

26 Dated: 11-29      , 200 7        _____
27                                 Signature of Individual

28                                 Linda Summers
                                   _____
                                   Printed Name of Individual

MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER
A PROFESSIONAL CORPORATION
1912 I STREET
SACRAMENTO, CALIFORNIA 95814      CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF        *Bates v. County of Santa Cruz*
                                  Northern District of California

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 JAMES BATES, acting for himself and      )   Case No.:
   others similarly situated,               )
12                                          )   **CONSENT TO BE INCLUDED AS AN**
              Plaintiffs,                    )   **INDIVIDUAL PLAINTIFF [29 USC**
13 v.                                       )   **216(b)]**
                                            )
14 COUNTY OF SANTA CRUZ,                    )
                                            )
15            Defendant.                     )
                                            )
16 ─────────────────────────────

17      I have been employed by the County of Santa Cruz within the last three years from the date

18 indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa

19 Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair

20 Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation

21 and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.

22 Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will

23 be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions

24 with respect to the conduct and handling of this case, including the settlement thereof as they deem

25 appropriate and/or necessary.

26 Dated: 11/29/ ___, 2007        _Michelle Taylor_
27                                Signature of Individual
                                  _Michelle Taylor_
28                                Printed Name of Individual

MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER
PROFESSIONAL CORPORATION
1912 I STREET
SACRAMENTO, CALIFORNIA 95814

CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF

*Bates v. County of Santa Cruz*
Northern District of California

1   DAVID P. MASTAGNI, ESQ. (SBN 57721)
    DAVID E. MASTAGNI, ESQ. (SBN 204244)
2   WILL M. YAMADA, ESQ. (SBN 226669)
    **MASTAGNI, HOLSTEDT, AMICK,**
3   **MILLER, JOHNSEN & UHRHAMMER**
    *A Professional Corporation*
4   1912 "I" Street
    Sacramento, California 95814
5   Telephone: (916) 446-4692
    Facsimile: (916) 447-4614
6
    Attorneys for Plaintiffs
7

8                IN THE UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11   JAMES BATES, acting for himself and       )   Case No.:
     others similarly situated,                )
12                                             )   **CONSENT TO BE INCLUDED AS AN**
                      Plaintiffs,              )   **INDIVIDUAL PLAINTIFF [29 USC**
13   v.                                        )   **216(b)]**
                                               )
14   COUNTY OF SANTA CRUZ,                     )
                                               )
15                    Defendant.               )
                                               )

16
         I have been employed by the County of Santa Cruz within the last three years from the date
17
     indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa
18
     Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair
19
     Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation
20
     and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.
21
     Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will
22
     be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions
23
     with respect to the conduct and handling of this case, including the settlement thereof as they deem
24
     appropriate and/or necessary.
25

26   Dated:_____, 200__        _____
27                                        Signature of Individual
28                                        _____
                                          Printed Name of Individual

CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF           *Bates v. County of Santa Cruz*
                                     Northern District of California

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA. ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  JAMES BATES, acting for himself and    )    Case No.:
    others similarly situated,             )
12                                         )    **CONSENT TO BE INCLUDED AS AN**
                 Plaintiffs,               )    **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                     )    **216(b)]**
                                           )
14  COUNTY OF SANTA CRUZ,                  )
                                           )
15                 Defendant.              )
                                           )
16  ─────────────────────────────

17       I have been employed by the County of Santa Cruz within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa

19  Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair

20  Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation

21  and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.

22  Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will

23  be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions

24  with respect to the conduct and handling of this case, including the settlement thereof as they deem

25  appropriate and/or necessary.

26  Dated: _12 - 07_____, 200_7_       _____C. WELLS_____
27                                     Signature of Individual

28                                     _CHRISTOPHER E. WELLS_____
                                       Printed Name of Individual

MASTAGNI. HOLSTEDT. AMICK.
MILLER. JOHNSEN & UHRHAMMER        CONSENT TO BE INCLUDED          *Bates v. County of Santa Cruz*
PROFESSIONAL CORPORATION           AS AN INDIVIDUAL PLAINTIFF       Northern District of California
1912 I STREET
SACRAMENTO, CALIFORNIA

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  JAMES BATES, acting for himself and      )    Case No.:
    others similarly situated,              )
12                                           )    **CONSENT TO BE INCLUDED AS AN**
                        Plaintiffs,          )    **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                       )    **216(b)]**
                                             )
14  COUNTY OF SANTA CRUZ,                     )
                                             )
15                      Defendant.           )
                                             )

16

17        I have been employed by the County of Santa Cruz within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa

19  Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair

20  Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation

21  and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.

22  Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will

23  be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions

24  with respect to the conduct and handling of this case, including the settlement thereof as they deem

25  appropriate and/or necessary.

26  Dated: _10 - 3_____, 2007              _____
27                                           Signature of Individual
28                                           KAREN R WELLS
                                             _____
                                             Printed Name of Individual

CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF

*Bates v. County of Santa Cruz*
Northern District of California

1    DAVID P. MASTAGNI, ESQ. (SBN 57721)
     DAVID E. MASTAGNI, ESQ. (SBN 204244)
2    WILL M. YAMADA, ESQ. (SBN 226669)
     **MASTAGNI, HOLSTEDT, AMICK,**
3    **MILLER, JOHNSEN & UHRHAMMER**
     *A Professional Corporation*
4    1912 "I" Street
     Sacramento, California 95814
5    Telephone: (916) 446-4692
     Facsimile: (916) 447-4614
6

     Attorneys for Plaintiffs
7

8             IN THE UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11    JAMES BATES, acting for himself and    )    Case No.:
     others similarly situated,               )
12                             )    **CONSENT TO BE INCLUDED AS AN**
                 Plaintiffs,      )    **INDIVIDUAL PLAINTIFF [29 USC**
13    v.                          )    **216(b)]**
                            )
14    COUNTY OF SANTA CRUZ,        )
                            )
15                  Defendant.      )
                            )

16

17       I have been employed by the County of Santa Cruz within the last three years from the date

18    indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa

19    Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair

20    Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation

21    and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.

22    Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will

23    be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions

24    with respect to the conduct and handling of this case, including the settlement thereof as they deem

25    appropriate and/or necessary.

26    Dated:_____, 200_

27                                         Signature of Individual

28

                                        Printed Name of Individual

MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER
PROFESSIONAL CORPORATION
1912 I STREET
SACRAMENTO, CALIFORNIA 95814    CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF             *Bates v. County of Santa Cruz*
Northern District of California

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  JAMES BATES, acting for himself and    )    Case No.:
    others similarly situated,             )
12                                         )    **CONSENT TO BE INCLUDED AS AN**
                    Plaintiffs,            )    **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                     )    **216(b)]**
                                           )
14  COUNTY OF SANTA CRUZ,                  )
                                           )
15                  Defendant.             )
                                           )
16  _____

17      I have been employed by the County of Santa Cruz within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa

19  Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair

20  Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation

    and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.
21
    Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will
22
    be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions
23
    with respect to the conduct and handling of this case, including the settlement thereof as they deem
24
    appropriate and/or necessary.
25

26  Dated: _November 29_, 2007        _____
27                                    Signature of Individual

28                                    _CAMERON WHEELER_
                                      Printed Name of Individual

CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF                    *Bates v. County of Santa Cruz*
                                              Northern District of California

```
 1 │ DAVID P. MASTAGNI, ESQ. (SBN 57721)
   │ DAVID E. MASTAGNI, ESQ. (SBN 204244)
 2 │ WILL M. YAMADA, ESQ. (SBN 226669)
   │ MASTAGNI, HOLSTEDT, AMICK,
 3 │ MILLER, JOHNSEN & UHRHAMMER
   │ A Professional Corporation
 4 │ 1912 "I" Street
   │ Sacramento, California 95814
 5 │ Telephone: (916) 446-4692
   │ Facsimile: (916) 447-4614
 6 │
   │ Attorneys for Plaintiffs
 7 │
 8 │          IN THE UNITED STATES DISTRICT COURT
 9 │          NORTHERN DISTRICT OF CALIFORNIA
10 │
11 │ JAMES BATES, acting for himself and    )  Case No.:
   │ others similarly situated,             )
12 │                                        )  CONSENT TO BE INCLUDED AS AN
   │                 Plaintiffs,            )  INDIVIDUAL PLAINTIFF [29 USC
13 │ v.                                     )  216(b)]
   │                                        )
14 │ COUNTY OF SANTA CRUZ,                  )
   │                                        )
15 │                 Defendant.             )
   │                                        )
16 │
```

I have been employed by the County of Santa Cruz within the last three years from the date indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E. Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions with respect to the conduct and handling of this case, including the settlement thereof as they deem appropriate and/or necessary.

Dated: 11/29, 2007

Signature of Individual,

Rod Whitley
Printed Name of Individual

CONSENT TO BE INCLUDED

Bates v. County of Santa Cruz

1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8            IN THE UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11  JAMES BATES, acting for himself and    )    Case No.:
    others similarly situated,              )
12                                          )    **CONSENT TO BE INCLUDED AS AN**
                   Plaintiffs,              )    **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                      )    **216(b)]**
                                            )
14  COUNTY OF SANTA CRUZ,                   )
                                            )
15                 Defendant.               )
    _____ )
16

17        I have been employed by the County of Santa Cruz within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa

19  Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair

20  Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation

21  and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.

22  Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will

23  be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions

24  with respect to the conduct and handling of this case, including the settlement thereof as they deem

25  appropriate and/or necessary.

26  Dated: _12/10_ , 200_7_    _____
27                              Signature of Individual
                                _Adriana Zaragoza_
28                              Printed Name of Individual

MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER
PROFESSIONAL CORPORATION
1912 I STREET
SACRAMENTO, CALIFORNIA 95814
CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF

*Bates v. County of Santa Cruz*
Northern District of California