1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
   Attorneys for Plaintiffs
7

8              IN THE UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11  JAMES BATES, acting for himself and       )   Case No.:
    others similarly situated,                )
12                                            )   **CONSENT TO BE INCLUDED AS AN**
                         Plaintiffs,          )   **INDIVIDUAL PLAINTIFF [29 USC**
13  v.                                        )   **216(b)]**
                                              )
14  COUNTY OF SANTA CRUZ,                     )
                                              )
15                       Defendant.           )
                                              )
16  ────────────────────────────────────

17        I have been employed by the County of Santa Cruz within the last three years from the date

18  indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa

19  Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair

20  Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation

21  and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E.

22  Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will

23  be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions

24  with respect to the conduct and handling of this case, including the settlement thereof as they deem

25  appropriate and/or necessary.

26  Dated: __1 / 27__, 200_8_          _____
                                       Signature of Individual
27
                                       CRAIG HARLAMOFF
28                                     _____
                                       Printed Name of Individual

CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF

*Bates v. County of Santa Cruz*
Northern District of California