DANA McRAE, State Bar No. 142231
County Counsel, County of Santa Cruz
JASON M. HEATH, State Bar No. 180501
Assistant County Counsel
BETSY L. ALLEN, State Bar No. 146386
Assistant County Counsel
701 Ocean Street, Room 505
Santa Cruz, California 95060
Telephone: (831) 454-2040
Fax: (831) 454-2115

**Attorneys for Defendant**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES BATES et all acting for themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CRUZ,<br><br>    Defendant. | Case No. CV 08 0557 SC<br><br>**STIPULATION TO TRANSFER CIVIL ACTION TO SAN JOSE DIVISION; [PROPOSED] ORDER** |

## **STIPULATION**

This civil action was originally filed in the San Francisco Division of the United States District Court, Northern District of California.

The parties agree that the San Francisco Division is not the proper division for this assignment. Northern District Court Local Civil Rule ("Rule") No. 3-2(e) provides that all civil actions that arise in the County of Santa Cruz shall be assigned to the San Jose Division. Rule No. 3-2(c) states that a civil action arises in the county in which a substantial part of the events or omissions which give rise to the claim occurred.   All of the events and omissions alleged in this

action occurred in the County of Santa Cruz. Accordingly, the parties stipulate that this action has not been assigned to the proper division and should be transferred to the San Jose Division

Dated: February 25, 2008                DANA McRAE, COUNTY COUNSEL

By: _____/S/_____
    BETSY L. ALLEN
    Assistant County Counsel
    **Attorneys for Defendants**

Dated: February 20, 2008                MASTAGNI HOLSTEDT AMICK MILLER
                                         JOHNSEN & UHRHAMMER

By: _____/S/_____
    JAMES R. TRABER
    **Attorneys for Plaintiff**

## ORDER

For good cause shown as set forth above, the Court hereby orders that this action be transferred to the San Jose Division of the Northern District of California.

**IT IS SO ORDERED**.

Dated: _____          _____
                                                          HON. SAMUEL CONTI
                                                          United States District Court Judge