1  DANA McRAE, State Bar No. 142231
   County Counsel, County of Santa Cruz
2  JASON M. HEATH, State Bar No. 180501
   Assistant County Counsel
3  BETSY L. ALLEN, State Bar No. 146386
   Assistant County Counsel
4  701 Ocean Street, Room 505
   Santa Cruz, California 95060
5  Telephone: (831) 454-2040
   Fax: (831) 454-2115
6
7  **Attorneys for Defendant**

8

9                    UNITED STATES DISTRICT COURT

10      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  JAMES BATES et all acting for themselves and others similarly situated, | Case No. CV 08 0557 SC |
| 13 | |
| 14          Plaintiffs, | **STIPULATION TO TRANSFER CIVIL ACTION TO SAN JOSE DIVISION; [~~PROPOSED~~] ORDER** |
| 15  v. | |
| 16  COUNTY OF SANTA CRUZ, | |
| 17          Defendant. | |
| 18 | |

19

20                              **STIPULATION**

21        This civil action was originally filed in the San Francisco Division of the United States

22  District Court, Northern District of California.

23        The parties agree that the San Francisco Division is not the proper division for this

24  assignment.  Northern District Court Local Civil Rule ("Rule") No. 3-2(e) provides that all civil

25  actions that arise in the County of Santa Cruz shall be assigned to the San Jose Division.  Rule No.

26  3-2(c) states that a civil action arises in the county in which a substantial part of the events or

27  omissions which give rise to the claim occurred.   All of the events and omissions alleged in this

28

*Bates et al v. County of Santa Cruz*, Case No.  CV 080557 SC                    Stipulation and Proposed Order

1    action occurred in the County of Santa Cruz.  Accordingly, the parties stipulate that this action has

2    not been assigned to the proper division and should be transferred to the San Jose Division

3

4    Dated: February 25, 2008                    DANA McRAE, COUNTY COUNSEL

5

6                                                By: _____/S/_____
                                                    BETSY L. ALLEN

7                                                    Assistant County Counsel
                                                    **Attorneys for Defendants**

8

9

10   Dated: February 20, 2008                    MASTAGNI HOLSTEDT AMICK MILLER
                                                 JOHNSEN & UHRHAMMER

11

12                                               By: _____/S/_____

13                                                   JAMES R. TRABER
                                                     **Attorneys for Plaintiff**

14

15

16

17                                  **ORDER**

18          For good cause shown as set forth above, the Court hereby orders that this action be

19   transferred to the San Jose Division of the Northern District of California.

20

21   **IT IS SO ORDERED**.

22

23   Dated: ____3/4/08_____              _____

24                                              HON. _____
                                                United _____ Judge

25                                                      Judge Samuel Conti

26

27

28

*Bates et al v. County of Santa Cruz*, Case No.  CV 080557 SC                    Stipulation and Proposed Order

-2-