United States District Court
For the Northern District of California

1
2
3
4  UNITED STATES DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA
6
7  BATES,                                              No. C 08-00557 JW
8           Plaintiff(s),
                                                       CLERK'S NOTICE SETTING CASE
9      v.                                              MANAGEMENT CONFERENCE
10 COUNTY OF SANTA CRUZ,
11          Defendant(s).
12 _____/
13
   TO ALL PARTIES AND COUNSEL OF RECORD:
14
15
   YOU ARE NOTIFIED THAT due to reassignment a case management conference has been set
16
   before Judge James Ware **June 9, 2008 at 10:00 AM in** Courtroom 8, 4th Floor, 280 S. 1st Street,
17
   San Jose, California. The parties are to file a joint case management conference statement by **May
18
   30, 2008.**
19
   Dated: March 10, 2008
20                                                     FOR THE COURT,
                                                       Richard W. Wieking, Clerk
21
22
                                                       by:  _____/s/_____
23                                                          Elizabeth Garcia
                                                            Courtroom Deputy
24
25
26
27
28