DAVID P. MASTAGNI, ESQ. (SBN 57721)
DAVID E. MASTAGNI, ESQ. (SBN 204244)
WILL M. YAMADA, ESQ. (SBN 226669)
**MASTAGNI, HOLSTEDT, AMICK,**
**MILLER, JOHNSEN & UHRHAMMER**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95814
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BATES, acting for himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CRUZ,<br><br>Defendant. | Case No.:<br><br>**CONSENT TO BE INCLUDED AS AN INDIVIDUAL PLAINTIFF [29 USC 216(b)]** |

    I have been employed by the County of Santa Cruz within the last three years from the date indicated below, and I am generally familiar with the above-captioned litigation. The County of Santa Cruz has not fully compensated me for all the hours of overtime I have worked in violation of the Fair Labor Standards Act. I therefore consent to be included as a Plaintiff in the above-mentioned litigation and to be awarded damages if any are recovered. I understand that David P. Mastagni, David E. Mastagni, and Will M. Yamada will be representing me in this action and that this consent form will be filed with the court pursuant to 29 U.S.C. § 216(b). I authorize such counsel to make all decisions with respect to the conduct and handling of this case, including the settlement thereof as they deem appropriate and/or necessary.

Dated: 3/9, 2008

_____
Signature of Individual

CADI BONNEY
Printed Name of Individual

MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER
A PROFESSIONAL CORPORATION
1912 I STREET
SACRAMENTO, CALIFORNIA

CONSENT TO BE INCLUDED
AS AN INDIVIDUAL PLAINTIFF

Bates v. County of Santa Cruz
Northern District of California