# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Bates, et al. acting for themselves and others similarly situated, | **SUMMONS IN A CIVIL CASE**<br>CASE NUMBER: 3:08-cv-00557 SC |
| V. | |
| County of Santa Cruz | |

TO: (Name and address of defendant)

County of Santa Cruz
Santa Cruz County Clerk
701 Ocean St., Room 210
Santa Cruz, CA 95060

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mastagni, Holstedt, Amick, Miller, Johnsen & Uhrhammer
James R. Traber (SBN 248439)
1912 "I" Street
Sacramento, California 95814

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK                                                                                          DATE 2/7/08

(BY) DEPUTY CLERK

BETTY FONG

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 2.7.2008 |
| Name of SERVER: PAMELA A. ESTEP | TITLE: RUNNER |

Check one box below to indicate appropriate method of service

☑ Served Personally upon the Defendant. Place where served:
GOVERNMENT CENTER
701 OCEAN STREET
SANTA CRUZ, CA. 95060

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2.29.2008
            Date

Signature of Server

1912 I STREET SAC. CA. 95814
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure