```
 1  DANA McRAE, State Bar No. 142231
    County Counsel, County of Santa Cruz
 2  JASON M. HEATH, State Bar No. 180501
    Assistant County Counsel
 3  BETSY L. ALLEN, State Bar No. 146386
    Assistant County Counsel
 4  701 Ocean Street, Room 505
    Santa Cruz, California 95060
 5  Telephone: (831) 454-2040
    Fax: (831) 454-2115
 6
 7  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| JAMES BATES et all acting for themselves and others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CRUZ,<br><br>       Defendant. | Case No. CV 08 0557 JW<br><br>**DEFENDANT'S ADR CERTIFICATION** |

Pursuant to Civil Local Rules 16-8(b) and 3-9(c), and ADR Local Rule 3-5(b), the undersigned certifies that she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," on the Court's ADR Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the Court and private entities, and considered whether this case might benefit from any of them.

Dated: May 16, 2008           By: _____/S/_____
                                              BETSY L. ALLE

*Bates et al v. County of Santa Cruz*, Case No. CV 080557 SC           Defendant's ADR Certification

-1-