DAVID P. MASTAGNI, ESQ. (SBN 57721)
DAVID E. MASTAGNI, ESQ. (SBN 204244)
WILL M. YAMADA, ESQ. (SBN 226669)
JAMES R. TRABER, ESQ. (SBN 248439)
**MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95814
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

**Attorneys for Plaintiffs**

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BATES et al. acting for themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br><br>COUNTY OF SANTA CRUZ,<br><br>Defendant. | Case No.: 5:08-cv-00557-JW<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

TO:     The Parties and their Representatives

**PLEASE TAKE NOTICE** that Attorney JAMES B. CARR hereby associates with DAVID P. MASTAGNI, DAVID E. MASTAGNI, WILL M. YAMADA, and JAMES R. TRABER, as counsel for Plaintiffs in the above-entitled matter. Please continue to direct all notices, pleadings and correspondence in this matter to the attorneys of record for Plaintiffs at MASTAGNI, HOLSTEDT, AMICK, MILLER, JOHNSEN & UHRHAMMER, 1912 I Street, Sacramento, California 95811.

///

1  DATED this 4th day of June, 2008.          **MASTAGNI, HOLSTEDT, AMICK,**
                                              **MILLER, JOHNSEN & UHRHAMMER**

By: ___/s/ Will M. Yamada_____
     WILL M. YAMADA
     Attorney for Plaintiffs