1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   JAMES R. TRABER, ESQ. (SBN 248439)
3  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER, JOHNSEN & UHRHAMMER**
4  *A Professional Corporation*
   1912 "I" Street
5  Sacramento, California 95814
   Telephone: (916) 446-4692
6  Facsimile: (916) 447-4614

7  **Attorneys for Plaintiffs**

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 JAMES BATES et al. acting for themselves  )   Case No.: 5:08-cv-00557-JW
   and others similarly situated,            )
11                                            )   **NOTICE OF CHANGE OF ZIP CODE**
                                              )   **FOR THE LAW OFFICES OF**
12                 Plaintiffs,                )   **MASTAGNI, HOLSTEDT, AMICK,**
                                              )   **MILLER, JOHNSEN & UHRHAMMER**
13 v.                                         )
                                              )
14                                            )
                                              )
15 COUNTY OF SANTA CRUZ,                     )
                                              )
16                 Defendant.                 )
                                              )
17 _____

18

19

20

21     **PLEASE TAKE NOTICE** that the zip code for the Law offices of MASTAGNI,

22 HOLSTEDT, AMICK, MILLER, JOHNSEN & URHAHMMER, attorneys of record for Plaintiffs,

23 JAMES BATES, et al., has recently been changed from 95814 (old) to 95811 (new) by the United

24 States Postal Service.

25     The correct mailing address, with correct zip code, is as follows:

26         MASTAGNI, HOLSTEDT, AMICK, MILLER, JOHNSEN & UHRHAMMER

27         1912 I Street

28         Sacramento, California 95811

---

1 | DATED this 4th day of June, 2008.

**MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER**

JAMES B. CARR
Attorney for Plaintiffs