# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Bates,<br><br>　　　　　　Plaintiff(s),<br><br>　　v.<br><br>County of Santa Cruz,<br><br>　　　　　　Defendant(s). | 08-00557 JW MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

　　The court notifies the parties and counsel that the Mediator assigned to this case is:

**Mr. Jean C. Gaskill**
Attorney at Law
1251 Bay St.
Alameda, CA 94501
510-521-7108
gaskillj@alamedanet.net

　　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.  The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-00557 JW MED                                           - 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: June 23, 2008

                                              RICHARD W. WIEKING
                                              Clerk
                                              by:    Alice M. Fiel

ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
08-00557 JW MED                        - 2 -