|  |  |
|---|---|
| Phone: (510) 521-7108 | **JEAN C. GASKILL** |
| **Fax:  (510) 521-7108** | **1251 Bay Street** |
| gaskillj@alamedanet.net | Alameda, CA  94501 |
|  | **Attorney at Law** |
|  | **Arbitrator/Mediator** |

June 26, 2008

James Richard Traber, et al.
Mastagni, Holstedt, Amick, Miller,
       Johnsen & Uhrhammer
1912  I Street
Sacramento, CA  95811

Betsy Allen
Santa Cruz County Counsel
701 Ocean Street, Room 505
Santa Cruz, CA  95060

        Re: Bates v. Count of Santa Cruz
           <u>Case # 5:08-cv-00557-JW</u>

Dear Counsel:

  I have been appointed by the District Court as the mediator in this matter.  I will place a conference call to you at 9:30 a.m. on Tuesday, July 15, 2008 to discuss such matters as the scheduling of the mediation session, the procedure to be followed, the nature of the case, and which client representatives will attend.  I note that the court has set September 15, 2008 as the deadline for the mediation, so you should be giving some thought to when you'd like to meet for mediation.  Please familiarize yourselves with ADR Local Rules, Rule 6, which relates to mediations in the Northern District.

  The materials I received from the district court show that there are a number of attorneys on plaintiff's side.  I am addressing this letter to James Richard Traber, the first one on the list.  If there are others who should receive it, I ask that you each forward this letter to others on the plaintiff's side who have the need to know and let me know for future purposes.  I also need to know who should be involved in the telephone conference on July 15.  You can communicate with me by e-mail (see the letterhead for the address).

  I enclose for your review the Confidentiality Agreement that the parties and counsel are required by the District Court to sign.  I will circulate it for signature at the mediation session.

  I represent to you that I know of nothing that would constitute a conflict of interest or potential conflict of interest that would prevent me from serving as an impartial neutral mediator in this case.  If any of you know of anything that you believe

would affect my impartiality, please let me know right away.  To assist you in making that evaluation, I enclose a copy of my résumé.

Very truly yours,

Jean C. Gaskill

c:  Alice M. Fiel, ADR Unit