DAVID P. MASTAGNI, ESQ. (SBN 57721)
DAVID E. MASTAGNI, ESQ. (SBN 204244)
WILL M. YAMADA, ESQ. (SBN 226669)
JAMES R. TRABER, ESQ. (SBN 248439)
**MASTAGNI, HOLSTEDT, AMICK, MILLER, JOHNSEN & UHRHAMMER**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

**Attorneys for Plaintiffs**

DANA McRAE, State Bar No. 142231
County Counsel, County of Santa Cruz
JASON M. HEATH, State Bar No. 180501
Assistant County Counsel
BETSY L. ALLEN, State Bar No. 146386
Assistant County Counsel
701 Ocean Street, Room 505
Santa Cruz, California 95060
Telephone: (831) 454-2040
Fax: (831) 454-2115

**Attorneys for Defendant County of Santa Cruz**

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BATES et al. acting for themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br><br>COUNTY OF SANTA CRUZ,<br><br>Defendant. | Case No.: 5:08-cv-00557-JW<br><br>**STIPULATION AND [Proposed] ORDER MODIFYING SCHEDULING ORDER** |

 WHEREAS, on January 25, 2008 plaintiff James Bates filed this lawsuit in the Northern District of California. The lawsuit has been pled as a collective-action, and as of the date below,

approximately seventy-six (76) additional individuals have filed consents to be included as plaintiffs.

WHEREAS, on May 30, 2008 the parties jointly submitted a case management conference statement requesting that the cutoff for expert designations be October 1, 2009; discovery cutoff be December 1, 2009; the last day for hearing dispositive motions be January 31, 2010; the pretrial confreence be March 31, 2010; and suggesting the Trial should commence May 31, 2010.

WHEREAS, on June 5, 2008 the Court entered a scheduling Order setting forth the following deadlines:

| Close of All Discovery | December 1, 2008 |
| --- | --- |
| Last Date for Hearing Dispositive Motions | February 2, 2009 |
| Preliminary Pretrial Conference | October 27, 2008 |
| Preliminary Pretrial Conference Statements | October 17, 2008 |

The Court further Ordered expert disclosures sixty-three days before the close of discovery (September 9, 2008); and Ordered Rebuttal Expert Witness Disclosures no later than 49 days prior to the discovery cutoff (October 13, 2008).

WHEREAS, plaintiffs intend to file a motion requesting facilitated notice to similarly situated employees pursuant to *Hoffman-Laroche Inc. v. Sperling*, 493 U.S. 165 (1989). If granted, there may be additional individuals who file consents to be included as individual plaintiffs. The potentially similarly situated individuals are customarily given a reasonable period of time within which to file a consent to be included as an individual plaintiff. The addition of these individuals may increase the amount of damages plaintiffs are owed, if any, and affect the scope of discovery.

WHEREAS, the parties are not currently in agreement with respect to the permissible scope of individualized discovery in this case, and may require judicial guidance in this regard. If individualized discovery is required or permitted, the parties agree there may be substantial difficulties in complying with the current discovery cutoff.

WHEREAS, according to the Court's website, the Court is unavailable to hear civil motions from July 8, 2008 until August 22, 2008, and the next available date for Civil Motion Hearings is October 22, 2008. Thus, under the current scheduling order, the parties' expert disclosures,

1 supplemental expert disclosures, and preliminary pretrial conference statements would be due prior
2 to the first available date for a hearing on motions, and prior to hearing a motion for facilitated
3 notice and conditional class certification pursuant to *Hoffmann-La Roche Inc. v. Sperling*. If
4 granted, plaintiffs would send a notice to potentially similarly situated individuals who would have
5 an opportunity to opt-in to this lawsuit. Any such change in the class composition could potentially
6 affect the parties' expert disclosures to the extent they contain damages calculations for each
7 plaintiff.

8     WHEREAS, the parties agree that additional time for preparation of this case is appropriate,
9 given the number and complexity of the issues, and the number of parties, and potential parties who
10 have an interest in the case.

11     NOW THEREFORE, the following is hereby stipulated and agreed upon by the parties:

12     1. Good cause exists to modify the Court's scheduling order to provide for additional time
13 for the adequate preparation of this case.

14 Dated: June 27, 2008        MASTAGNI, HOLSTEDT, AMICK,
15                                  MILLER, JOHNSEN & UHRHAMMER

16                                  By:  /s/ *James R. Traber*
17                                       JAMES R. TRABER
                                      Attorney for Plaintiffs

18 Dated: June 27, 2008        DANA McRAE, COUNTY COUNSEL
19

20                                By:  */s/ Betsy L. Allen*
21                                     BETSY L. ALLEN
                                     Assistant County Counsel
22                                      Attorneys for Defendants

### [Proposed] Order

23     Good cause appearing, it is hereby ORDERED that the current dates set forth in the Court's
24 scheduling order issued June 5, 2008 are hereby VACATED. The Court will issue a new scheduling
25 order.
26
27
28                                      Hon. James Ware