DAVID P. MASTAGNI, ESQ. (SBN 57721)
DAVID E. MASTAGNI, ESQ. (SBN 204244)
JAMES B. CARR, ESQ. (SBN 53274)
DAVID D. KING, ESQ. (SBN 252074)
**MASTAGNI, HOLSTEDT, AMICK,**
**MILLER, JOHNSEN & UHRHAMMER**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

**Attorneys for Plaintiffs**

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BATES et al. acting for themselves and others similarly situated, | Case No.: 5:08-cv-00557-JW |
| | **CHANGE IN DESIGNATION OF COUNSEL** |
| Plaintiffs, | |
| v. | |
| COUNTY OF SANTA CRUZ, | |
| Defendant. | |

Request is made that David D. King, SBN 252074, be designated as notice counsel for Plaintiffs. David D. King's email address is Dking@mastagni.com. Additionally, request is made that James R. Traber, SBN 248439, and Will M. Yamada, SBN 226669, be terminated as notice counsel for Plaintiffs as they have left the firm.

DATED: July 31, 2008                **MASTAGNI, HOLSTEDT, AMICK,**
                                     **MILLER, JOHNSEN & UHRHAMMER**


                                       /s/ David E. Mastagni
                                     DAVID E. MASTAGNI
                                     Attorneys for Plaintiffs

MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER
A PROFESSIONAL CORPORATION
1912 I STREET
SACRAMENTO, CALIFORNIA 95811

CHANGE IN DESIGNATION OF COUNSEL

1.