DANA McRAE, State Bar No. 142231
County Counsel, County of Santa Cruz
JASON M. HEATH, State Bar No. 180501
Assistant County Counsel
BETSY L. ALLEN, State Bar No. 146386
Assistant County Counsel
701 Ocean Street, Room 505
Santa Cruz, California 95060
Telephone: (831) 454-2040
Fax: (831) 454-2115

**Attorneys for Defendant**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| JAMES BATES et all acting for themselves and others similarly situated, | Case No. CV 08 0557 JW |
|---|---|
| Plaintiffs, | **STIPULATION TO EXTEND MEDIATION DEADLINE; [PROPOSED] ORDER** |
| v. | |
| COUNTY OF SANTA CRUZ, | |
| Defendant. | |

## **<u>STIPULATION</u>**

WHEREAS, the discovery deadline in this case has been extended to October 12, 2009;

WHEREAS, the parties intend to notify the remaining potential plaintiffs of this action and would like to give all potential plaintiffs an opportunity to join the case before mediation takes place;

WHEREAS, defendant is in the process of organizing voluminous documents (time and pay records) for production to plaintiffs; and

WHEREAS, the parties have engaged in two preliminary conference calls with the assigned mediator and the parties and the mediator agree that the mediation in this case will be more

1 productive if the parties are given time to complete some initial discovery and give notice to other
2 potential plaintiffs;
3   THEREFORE, the parties hereby stipulate that the mediation date in this case be extended to
4 January 13, 2009, on which date the parties intend to mediate the case.

6 Dated: August 6, 2008    DANA McRAE, COUNTY COUNSEL

    By: _____/s/_____
            BETSY L. ALLEN
            Assistant County Counsel
            **Attorneys for Defendants**

12 Dated: August 6, 2008    MASTAGNI HOLSTEDT AMICK MILLER JOHNSEN & UHRHAMMER

    By: _____/s/_____
            DAVID E. MASTAGNI
            **Attorneys for Plaintiff**

## **ORDER**

For good cause shown as set forth above, the Court hereby orders that the mediation date is extended in this case and that the mediation shall take place on January 13, 2009.

**IT IS SO ORDERED**.

Dated: _____    _____
                                                HON. JAMES WARE
                                                United States District Court Judge

*Bates et al v. County of Santa Cruz*,                                                Stipulation and Proposed Order
Case No. CV 080557 JW

-2-