1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER, JOHNSEN & UHRHAMMER**
3  *A Professional Corporation*
   1912 "I" Street
4  Sacramento, California 95811
   Telephone: (916) 446-4692
5  Facsimile: (916) 447-4614

6  **Attorneys for Plaintiffs**

7  DANA McRAE, State Bar No. 142231
   County Counsel, County of Santa Cruz
8  JASON M. HEATH, State Bar No. 180501
   Assistant County Counsel
9  BETSY L. ALLEN, State Bar No. 146386
   Assistant County Counsel
10 701 Ocean Street, Room 505
   Santa Cruz, California 95060
11 Telephone: (831) 454-2040
   Fax: (831) 454-2115
12
   **Attorneys for Defendant County of Santa Cruz**
13

*IT IS SO ORDERED*
*Judge James Ware*

14             IN THE UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16 JAMES BATES et al. acting for themselves )   Case No.: 5:08-cv-00557-JW
   and others similarly situated,           )
17                                          )   **STIPULATION AND [Proposed]**
                                            )   **ORDER RE: SENDING NOTICE OF**
18              Plaintiffs,                 )   **ACTION**
                                            )
19 v.                                       )
                                            )
20                                          )
                                            )
21 COUNTY OF SANTA CRUZ,                    )
                                            )
22              Defendant.                  )
                                            )
23 _____

24     WHEREAS, on January 25, 2008 plaintiff James Bates filed this lawsuit in the Northern

25 District of California. The lawsuit has been pled as a collective-action, and as of the date below,

26 approximately seventy-six (76) additional individuals have filed consents to be included as

27 plaintiffs.

28     WHEREAS, Plaintiffs intend to file a motion requesting facilitated notice to similarly

**STIPULATION AND [PROPOSED] ORDER RE: SENDING NOTICE OF ACTION**

situated employees pursuant to *Hoffman-Laroche Inc. v. Sperling*, 493 U.S. 165 (1989). If granted, there may be additional individuals who file consents to be included as individual plaintiffs.

NOW THEREFORE, the following is hereby stipulated and agreed upon by the parties to the above-entitled action and by their respective counsel:

1. Defendant will provide to Plaintiffs the names and last known addresses of all Corrections Officers, Supervising Corrections Officers and Corrections Sergeants employed by Defendant at any time from January 25, 2005 until the present. The parties agree that for purposes of this Notice of action only, the individuals identified above may be similarly situated to the existing plaintiffs. 29 U.S.C. § 216(b).

2. The parties further agree that this stipulation is for notice purposes only, and does not and will not constitute an admission by Defendant with regard to any issue in this case, including whether the individuals identified above or the existing plaintiffs are similarly situated.

3. The parties agree to the form and content of the proposed Notice, attached hereto as Exhibit "A".

4. The parties agree that the attached Notice shall be sent to the persons identified above by first class mail with no additional materials or attachments included in the mailing.

5. The parties also agree that Defendant's counsel will promptly produce the information described in paragraph 1 above and Plaintiffs' counsel will promptly serve the persons identified above upon receipt from Defendant of that information.

Dated: August 7, 2008            **MASTAGNI, HOLSTEDT, AMICK,**
                                 **MILLER, JOHNSEN & UHRHAMMER**

                                 By:   /s/ *David E. Mastagni*
                                       DAVID E. MASTAGNI
                                       Attorney for Plaintiffs.

Dated: August 7, 2008            **DANA McRAE, COUNTY COUNSEL**

                                 By:   /s/ *Betsy L. Allen*
                                       BETSY L. ALLEN
                                       Assistant County Counsel
                                       Attorneys for Defendants

**STIPULATION AND [PROPOSED] ORDER RE: SENDING NOTICE OF ACTION**

**[~~Proposed~~] Order**

The stipulation and [~~proposed~~] Order re Sending Notice of Action to "Similarly Situated" Individuals is hereby adopted by the Court as the Order of this Court and the parties are ordered to comply with this Order.

Dated: August 19, 2008

_____
Hon. James Ware