1 | DAVID P. MASTAGNI, ESQ. (SBN 57721)
DAVID E. MASTAGNI, ESQ. (SBN 204244)
2 | **MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER**
3 | *A Professional Corporation*
1912 "I" Street
4 | Sacramento, California 95811
Telephone: (916) 446-4692
5 | Facsimile: (916) 447-4614

6 | **Attorneys for Plaintiffs**

7 | DANA McRAE, State Bar No. 142231
County Counsel, County of Santa Cruz
8 | JASON M. HEATH, State Bar No. 180501
Assistant County Counsel
9 | BETSY L. ALLEN, State Bar No. 146386
Assistant County Counsel
10 | 701 Ocean Street, Room 505
Santa Cruz, California 95060
11 | Telephone: (831) 454-2040
Fax: (831) 454-2115

13 | **Attorneys for Defendant County of Santa Cruz**

*IT IS SO ORDERED*
/s/ James Ware
Judge James Ware

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BATES et al. acting for themselves and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SANTA CRUZ, <br><br> Defendant. | Case No.: 5:08-cv-00557-JW <br><br> **STIPULATION RE APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON** |

---

**STIPULATION RE APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL**     *Bates et al. v. County of Santa Cruz*
**WITH PREJUDICE AND [PROPOSED] ORDER THEREON**                        5:08-cv-00557-JW

# STIPULATION

The parties to the above captioned action hereby stipulate as follows:

1. Plaintiffs JAMES BATES, et al. (collectively "Plaintiffs") are presently or were previously employed by the County of Santa Cruz ("Defendant"). Plaintiffs and the Defendant shall be collectively referred to as "Parties" herein.

2. Plaintiffs filed the above captioned action ("Action") on behalf of themselves and others similarly situated alleging violations of the Fair Labor Standards Act (29 U.S.C. § 201 et seq.) ("FLSA"). The Court has jurisdiction over the subject matter of this action and over the parties.

3. The Defendant filed an Answer to the Complaint denying its material allegations and asserting affirmative defenses thereto.

4. The Parties dispute the applicability of the FLSA to the facts as alleged in the Complaint.

5. The Parties have engaged in extensive negotiations in an attempt to resolve their differences, and throughout these negotiations all Parties were, and continue to be, represented by experienced counsel.

6. The Parties wish to avoid the potential uncertainty, expense and delay of litigation and have therefore reached an agreement. The terms of the Parties' agreement are embodied in the Settlement Agreement and General Release of All Claims ("Settlement Agreement") that all Parties have executed. A copy of the Settlement Agreement is attached hereto and incorporated herein.

7. Courts have determined that the provisions of the FLSA are mandatory and cannot generally be abridged by contract or otherwise waived. (See, e.g., Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1352 (11th Cir. 1982).) However, when employees bring a private action for compensation under the FLSA, and present the district court a proposed settlement, the district court may enter a judgment after scrutinizing the settlement for fairness. (Id. at 1353).

8. By entering into this Stipulation and requesting Court approval, the Parties do not intend that the Court should make any findings or determination regarding the law.

IT IS THEREFORE STIPULATED, by and between the Parties, through their respective counsel, that:

1. The Settlement Agreement contains a fair and just negotiated resolution to the current dispute between the parties in this case;

2. The Court approve the Settlement Agreement by signing the Order set forth below;

3. The Court should reserve jurisdiction over this Action for the purposes of enforcing the Settlement Agreement;

4. Upon the Court's approval of the Settlement Agreement, this Action should be dismissed with prejudice.

Dated: December 8, 2008        MASTAGNI, HOLSTEDT, AMICK,
                               MILLER, JOHNSEN & UHRHAMMER

                               By:   /s/ *David E. Mastagni*
                                     DAVID E. MASTAGNI
                                     Attorney for Plaintiffs


Dated: December 8, 2008        DANA McRAE, COUNTY COUNSEL

                               By:   */s/ Jason M. Heath*
                                     JASON M. HEATH
                                     Assistant County Counsel
                                     Attorneys for Defendants

## [PROPOSED] ORDER

The Court has carefully reviewed the Settlement Agreement, the Stipulation and proposed Order, and relevant Exhibits. Based upon a review of the record, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. The Settlement Agreement, which is incorporated herein by reference, is approved as fair, reasonable and just in all respects as to the Plaintiffs, and the Parties shall perform the Settlement Agreement in accordance with its terms;

2. The Court reserves jurisdiction over this Action for the purposes of enforcing the Settlement Agreement;

3. The Court has made no findings or determination regarding the law, and this Stipulation and Order and any exhibits and any of the other documents or written materials prepared in conjunction with this Stipulation and Order shall not constitute evidence of, or any admission of, any violation of the law;

4. This Action is hereby dismissed with prejudice. The Clerk shall close this file.

Dated: December 16, 2008 _____
HONORABLE JAMES WARE
UNTIED STATES DISTRICT COURT JUDGE